Certificate Number: 00927-PAW-DE-028207979

Bankruptcy Case Number: 12-10807



00927-PAW-DE-028207979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2016, at 11:32 o'clock AM EDT, TRISHA L PELINSKY completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 14, 2016          By:   /s/ELIZABETH N GARCIA for RICHARD A GARCIA

Name:   RICHARD A GARCIA

Title:   PRESIDENT and INSTRUCTOR