IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-__10807__-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| | : | |
| GEOFFREY I. PELINSKY | : | Related to Document No. |
| | : | |
| | : | |
| Movant, | : | |
| | : | HEARING DATE AND TIME: |
| vs. | : | December 21, 2016 at 9:30 a.m. |
| | : | |
| DR. GERTRUDE A. BARBER | : | RESPONSE DEADLINE: |
| IN HOME SERVICES INC. and | : | December 12, 2016 |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| Respondents. | : | |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON THE MOTION FOR ORDER TO STOP PAYROLL DEDUCTION**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than December 12, 2016, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court be default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on December 21, 2016 at 9:30 A.M. before Judge Thomas P. Agresti in The Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary

hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: November 23, 2016

Attorney for Movant/Applicant


 /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com