**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 12- 10807 -TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | Response Deadline: |
| | : | December 12, 2016 |
| | : | |
| GEOFFREY I. PELINSKY | : | Hearing Date: |
| | : | December 21, 2016 at 9:30 A.M. |
| | : | |
| Movant, | : | |
| | : | Document No. |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | Related to Document No. |
| Chapter 13 Trustee and | : | |
| DR. GERTRUDE A. BARBER | : | |
| IN HOME SERVICES INC. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION FOR ORDER TO STOP PAYROLL DEDUCTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Order to Stop Payroll Deduction and the Notice of Hearing filed and served November 23, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 12, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated: December 13, 2016        /s/ MICHAEL J. GRAML
                                MICHAEL J. GRAML, ESQ.
                                Attorney for Debtors/Movant
                                714 Sassafras Street
                                Erie, PA 16501
                                (814) 459-8288
                                PA I.D. No. 50220
                                mattorney@neo.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-_10807_-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | Response Deadline: |
| | : | December 12, 2016 |
| | : | |
| GEOFFREY I. PELINSKY | : | Hearing Date: |
| | : | December 21, 2016 at 9:30 A.M. |
| | : | |
| Movant, | : | |
| | : | Document No. |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | Related to Document No. |
| Chapter 13 Trustee and | : | |
| DR. GERTRUDE A. BARBER | : | |
| IN HOME SERVICES INC. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ORDER TO STOP PAYROLL DEDUCTION**

I certify under penalty of perjury that I served the above captioned above captioned pleading on the parties at the addresses specified below or on the attached list on **December 13, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

Dr. Gertrude A. Barber
In Home Services Inc.
Attn: Payroll Administrator
136 East Avenue
Erie, PA 16507-1863

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  December 13, 2016                /s/ MICHAEL J. GRAML
                                            MICHAEL J. GRAML, ESQ.
                                            Attorney for Debtors/Movant
                                            714 Sassafras Street
                                            Erie, PA 16501
                                            (814) 459-8288
                                            PA I.D. No. 50220
                                            mattorney@neo.rr.com