**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 12-_10807_-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | Response Deadline: |
| | : | December 12, 2016 |
| | : | |
| TRISHA L. PELINSKY | : | Hearing Date: |
| | : | December 21, 2016 at 9:30 A.M. |
| | : | |
| Movant, | : | |
| | : | Document No. |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | Related to Document No. |
| Chapter 13 Trustee and | : | |
| OFFICE OF EMPLOYMENT SECURITY | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION FOR ORDER TO STOP PAYROLL DEDUCTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Order to Stop Payroll Deduction and the Notice of Hearing filed and served November 23, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 12, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated:   December 13, 2016          /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtors/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE WESTERN DISTRICT OF PENNSYLVANIA

   IN RE:                               :   Case No. 12- 10807 -TPA
                                        :        (Chapter 13)
      GEOFFREY I. PELINSKY              :   Judge Thomas P. Agresti
      TRISHA L. PELINSKY                :
                                        :
              Debtors.                  :   Response Deadline:
                                        :   December 12, 2016
                                        :
      TRISHA L. PELINSKY                :   Hearing Date:
                                        :   December 21, 2016 at 9:30 A.M.
                                        :
              Movant,                   :
                                        :   Document No.
         vs.                            :
                                        :
      RONDA J. WINNECOUR, ESQ.          :   Related to Document No.
      Chapter 13 Trustee and            :
      OFFICE OF EMPLOYMENT SECURITY :
                                        :
                                        :
              Respondents.              :
                                        :
```

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR ORDER TO STOP PAYROLL DEDUCTION**

    I certify under penalty of perjury that I served the above captioned above captioned pleading on the parties at the addresses specified below or on the attached list on **December 13, 2016.**

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

| **ELECTRONIC NOTIFICATION**: | **FIRST CLASS MAIL:** |
|---|---|
| Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov | Office of Employment Security<br>Attn: Michael Skilton, Supervisor<br>Office of UC Benefits, Room 604<br>PA Department of Labor & Industry<br>651 Boas Street<br>Harrisburg, PA 17121 |
| Ronda J. Winnecour, Esq.<br>Office of the Chapter 13 Trustee<br>USX Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  December 13, 2016               /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtors/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com