**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 12-__10807__-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| | : | |
| TRISHA L. PELINSKY | : | Related to Document No. |
| | : | |
| | : | |
| Movant, | : | |
| | : | HEARING DATE AND TIME: |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | RESPONSE DEADLINE: |
| Chapter 13 Trustee, | : | |
| OFFICE OF EMPLOYMENT SECURITY | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **December 14, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

Office of Employment Security
Attn: Michael Skilton, Supervisor
Office of UC Benefits, Room 604
PA Department of Labor & Industry
651 Boas Street
Harrisburg, PA 17121

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

December 14, 2016                          /s/ MICHAEL J. GRAML
                                           MICHAEL J. GRAML, ESQ.
                                           Attorney for Debtors/Movant
                                           714 Sassafras Street
                                           Erie, PA 16501
                                           (814) 459-8288
                                           PA I.D. No. 50220
                                           mattorney@neo.rr.com