```
                                        FILED
                                        12/14/16 3:55 pm
                                        CLERK
                                        U.S. BANKRUPTCY
                                        COURT - WDPA
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                                  :   Case No. 12- 10807 -TPA
                                        :        (Chapter 13)
    GEOFFREY I. PELINSKY                :   Judge Thomas P. Agresti
    1354 Prendergast Drive              :
    Harborcreek, PA 16421-1111          :
                                        :   Dated: November 23, 2016
    a/k/a                               :
    d/b/a                               :
    SSN: XXX-XX-8482                    :
            Debtor#1.                   :
                                        :
    TRISHA L. PELINSKY                  :
    1354 Prendergast Drive              :
    Harborcreek, PA 16421-1111          :
                                        :
    a/k/a                               :
    d/b/a                               :
    SSN: 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                    :
            Debtor#2.                   :
                                        :
-----------------------------------     :
    GEOFFREY I. PELINSKY                :   Document No.
                                        :
            Movant,                     :   Related to Document No. 112
                                        :
        vs.                             :
                                        :   MOTION NO. WO-1
    RONDA J. WINNECOUR, ESQ.            :
    Chapter 13 Trustee and              :
    DR. GERTRUDE A. BARBER              :
    IN HOME SERVICES INC.               :
                                        :
            Respondents.                :
                                        :
```

ORDER OF COURT

   IT IS ORDERED that no deductions be made from payments due to Debtor by DR. GERTRUDE A. BARBER IN HOME SERVICES INC. until further order of this Court.

Dated: December 14, 2016

_____ vas
THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Geoffrey I. Pelinsky
Trisha L. Pelinsky
    Debtors

Case No. 12-10807-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Dec 14, 2016
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
db/jdb         Geoffrey I. Pelinsky,   Trisha L. Pelinsky,    1354 Prendergast Drive,    Harborcreek, PA 16421-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Selene Finance LP agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brett A. Solomon    on behalf of Creditor    Wells Fargo Bank, N.A. bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
         Danielle Boyle-Ebersole    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com, bbleming@hoflawgroup.com
         LeeAne O. Huggins    on behalf of Creditor    Selene Finance LP pabk@logs.com
         Michael J. Graml    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com, mjgraml@verizon.net
         Michael J. Graml    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com, mjgraml@verizon.net
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                            TOTAL: 9