FILED
12/14/16 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :   Case No. 12- 10807 -TPA
                                    :        (Chapter 13)
    GEOFFREY I. PELINSKY            :   Judge Thomas P. Agresti
    1354 Prendergast Drive          :
    Harborcreek, PA 16421-1111      :
                                    :   Dated: November 23, 2016
    a/k/a                           :
    d/b/a                           :
    SSN: XXX-XX-8482                :
            Debtor#1.               :
                                    :
    TRISHA L. PELINSKY              :
    1354 Prendergast Drive          :
    Harborcreek, PA 16421-1111      :
                                    :
    a/k/a                           :
    d/b/a                           :
    SSN: 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                :
            Debtor#2.               :
                                    :
-----------------------------------:
    TRISHA L. PELINSKY              :   Document No.
                                    :
            Movant,                 :   Related to Document No. 114
                                    :
       vs.                          :
                                    :   MOTION NO.  WO-2
    RONDA J. WINNECOUR, ESQ.        :
    Chapter 13 Trustee and          :
    OFFICE OF EMPLOYMENT SECURITY   :
                                    :
                                    :
            Respondents.            :
                                    :
```

ORDER OF COURT

   IT IS ORDERED that no deductions be made from payments due to Debtor by OFFICE OF EMPLOYMENT SECURITY until further order of this Court.

Dated: December 14, 2016

/s/ Thomas P. Agresti            vas
THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-10807-TPA
Geoffrey I. Pelinsky                                                  Chapter 13
Trisha L. Pelinsky
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: mgut              Page 1 of 1              Date Rcvd: Dec 14, 2016
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db/jdb        Geoffrey I. Pelinsky,   Trisha L. Pelinsky,    1354 Prendergast Drive,
               Harborcreek, PA 16421-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Selene Finance LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Bank, N.A. bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              LeeAne O. Huggins    on behalf of Creditor    Selene Finance LP pabk@logs.com
              Michael J. Graml    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com,
               mjgraml@verizon.net
              Michael J. Graml    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com,
               mjgraml@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9