**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

05/17/2017

IN RE:

GEOFFREY I. PELINSKY
TRISHA L. PELINSKY
1354 PRENDERGAST DRIVE
HARBORCREEK,  PA  16421-1111
XXX-XX-8482         Debtor(s)

XXX-XX-5429

Case No.12-10807 TPA

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/17/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SELENE FINANCE LP**<br>C/O SELENE FINANCE<br>PO BOX 71243<br>PHILADELPHIA, PA 19176-6243 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number: 19-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*AMD*BGN 6/12*FR BAC/BANK OF AMERICA-DOC 89 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6543 |
| **WAL MART++**<br>C/O GE MONEY BANK<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4338 |
| **NICOLE DIETZ**<br>509 PELHAM RD<br>ERIE, PA 16511 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PD/PREP NOTES*NT PROV/PL*NO$/SCH | | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: ? |
| **HARBORCREEK TWP**<br>STREET LIGHTS&HYDRANTS ASSMNT<br>5601 BUFFALO RD<br>HARBORCREEK, PA 16421 | Trustee Claim Number: 4  INT %: 10.00%<br>Court Claim Number: 21<br>CLAIM: 146.99<br>COMMENT: $/PL-CL@10%~06,08-09/PL*PRI~2010/SCH*NO TAX YRS/CL*W/63*GU BAR TIMELY | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1354 |
| **AT & T INC++**<br>ATTN: BANKRUPTCY DEPT<br>5407 ANDREWS HIGHWAY<br>MIDLAND, TX 79706 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CINGULAR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8010 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4485 |
| **COLUMBIA HOUSE++**<br>1400 NORTH FRUITRIDGE AVENUE<br>P.O. BOX 1114<br>TERRE HAUTE, IN 47811 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BMG/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9499 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,950.24<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9705 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,609.95<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0067 |
| **CHASE**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1347 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEl<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,558.17<br>COMMENT: MIDLAND FUNDING*CHASE~8749/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2013 |
| **CLINICAL ASSOCIATES IN RADIOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8026 |
| **CLINICAL ASSOCIATES IN RADIOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2093122028699 |
| **CLINICAL ASSOCIATES IN RADIOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4658 |
| **CLINICAL ASSOCIATES IN RADIOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7315 |
| **CLINICAL ASSOCIATES IN RADIOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3931 |
| **CLINICAL ASSOCIATES IN RADIOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4125 |
| **CLINICAL ASSOCIATES IN RADIOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8062 |
| **CIGPF I CORP**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 17116<br>WILMINGTON, DE 19850 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 992.88<br>COMMENT: ASPIRE/COLUMBUS BNK&TRST/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7698 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>1109 E 38TH ST<br>ERIE, PA 16504-1898 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 442.55<br>COMMENT: WAS 0305 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1623 |

| Creditor | Trustee Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ERIE GENERAL ELEC FCU (EGEFCU)\*\***<br>2154 E LAKE RD<br><br>ERIE, PA 16511 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br><br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 3,275.63<br>COMMENT: 0217/SCH*GEMB~DICKS SPORTING GOODS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1202 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,287.29<br>COMMENT: GEMB/JCP*8800/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4928 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br><br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 980.85<br>COMMENT: GEMB*LOWES~1042/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5118 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 833.49<br>COMMENT: HSBC*1102/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0346 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4291 |
| **CAVALRY PORTFOLIO SERVICES LLC(\*)**<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,799.24<br>COMMENT: HSBC*4438/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1293 |
| **IADELUCA CHIROPRACTIC CENTER**<br>1334 W 26TH ST<br><br>ERIE, PA 16508 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 12129 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,532.34<br>COMMENT: JUNIPER*2773723229 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4485 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  1,266.37<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2177 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:20-2<br>CLAIM:  177.95<br>COMMENT:  FINGERHUT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4044 |
| **ORTHOPEDIC SURGEONS, INC.**<br>204 WEST 26TH STREET<br>ERIE, PA  16508 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  147895 |
| **PENNSYLVANIA ELECTRIC/PENELEC - A FIRSTE**<br>ATTN: BANKRUPTCY DEPT<br>331 NEWMAN SPRINGS RD BLDG 3<br>RED BANK, NJ  07701 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  2,368.02<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4331 |
| **ROI SERVICES INC++**<br>PO BOX 39<br>ZEBULON, NC  27597 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0011 |
| **SAINT VINCENT HEALTH CENTER**<br>232 W 25TH ST<br>ERIE, PA  16544 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  121721773 |
| **SAINT VINCENT HEALTH CENTER**<br>232 W 25TH ST<br>ERIE, PA  16544 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  121367890 |
| **SAINT VINCENT HEALTH CENTER**<br>232 W 25TH ST<br>ERIE, PA  16544 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9815 |
| **SAINT VINCENT INSTITUTE***<br>C/O MEDICAL RECEIVABLES MGT<br>3530 PEACH ST LL1<br>ERIE, PA  16508 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9815 |
| **SAINT VINCENT INSTITUTE***<br>C/O MEDICAL RECEIVABLES MGT<br>3530 PEACH ST LL1<br>ERIE, PA  16508 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9942 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SAINT VINCENT INSTITUTE*** <br> C/O MEDICAL RECEIVABLES MGT <br> 3530 PEACH ST LL1 <br> ERIE, PA 16508 | Trustee Claim Number: 41  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4997 |
| **SAINT VINCENT INSTITUTE*** <br> C/O MEDICAL RECEIVABLES MGT <br> 3530 PEACH ST LL1 <br> ERIE, PA 16508 | Trustee Claim Number: 42  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1130 |
| **SAINT VINCENT INSTITUTE*** <br> C/O MEDICAL RECEIVABLES MGT <br> 3530 PEACH ST LL1 <br> ERIE, PA 16508 | Trustee Claim Number: 43  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 13113593 |
| **SAINT VINCENT INSTITUTE*** <br> C/O MEDICAL RECEIVABLES MGT <br> 3530 PEACH ST LL1 <br> ERIE, PA 16508 | Trustee Claim Number: 44  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7451 |
| **SAINT VINCENT INSTITUTE*** <br> C/O MEDICAL RECEIVABLES MGT <br> 3530 PEACH ST LL1 <br> ERIE, PA 16508 | Trustee Claim Number: 45  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5650 |
| **SAINT VINCENT INSTITUTE*** <br> C/O MEDICAL RECEIVABLES MGT <br> 3530 PEACH ST LL1 <br> ERIE, PA 16508 | Trustee Claim Number: 46  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4914 |
| **SAINT VINCENT INSTITUTE*** <br> C/O MEDICAL RECEIVABLES MGT <br> 3530 PEACH ST LL1 <br> ERIE, PA 16508 | Trustee Claim Number: 47  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9864 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 48  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 542.27 <br> COMMENT: ACCT NT/SCH*W/58*FR SPRINGLEAF-DOC 77 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6054 |
| **TIME WARNER CABLE** <br> 530 S MAIN ST STE 1751 <br> AKRON, OH 44311-1090 | Trustee Claim Number: 49  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4762 |
| **US DEPARTMENT OF EDUCATION**** <br> DIRECT LOAN SERVICING DEPT <br> POB 5609 <br> GREENVILLE, TX 75403-5609 | Trustee Claim Number: 50  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4086 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account | Claim / Comment |
|---|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX  75403-5609 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3986 | CLAIM: 0.00<br>COMMENT: |
| **UNICREDIT AMERICA INC++**<br>1571 W 38TH ST<br>POB 3085<br>ERIE, PA  16508 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 31992010 | CLAIM: 0.00<br>COMMENT: |
| **VANTAGE HOME MEDICAL**<br>2741 WEST 21ST ST<br>ERIE, PA  16506-2962 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 422A | CLAIM: 0.00<br>COMMENT: |
| **VERIZON(*)++**<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7996 | CLAIM: 0.00<br>COMMENT: |
| **VERIZON(*)++**<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9286 | CLAIM: 0.00<br>COMMENT: |
| **VERIZON(*)++**<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1938 | CLAIM: 0.00<br>COMMENT: |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO AUTO FINANCE**<br>PO BOX 29706<br>PHOENIX, AZ  85038-9706 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4342 | CLAIM: 0.00<br>COMMENT: DFCNCY*CL 1@9508.39 W/D-DOC 49*DKT |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7413 | CLAIM: 0.00<br>COMMENT: SURR/PL*CL=1200*NO SEC/SCH*W/48*FR SPRINGLEAF-DOC 77 |
| **US DEPARTMENT OF HUD(*)++**<br>C/O DEVAL LLC**<br>1255 CORPORATE DR - STE 300<br>IRVING, TX  75038 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8727 | CLAIM: 0.00<br>COMMENT: NT/SCH-PL*NT 2B PD/JSP*CL=7257.74 |
| **SELENE FINANCE LP**<br>C/O SELENE FINANCE<br>PO BOX 71243<br>PHILADELPHIA, PA  19176-6243 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 19-2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6543 | CLAIM: 10,778.52<br>COMMENT: $/PL-CL*AMD*THRU 5/12*FR BAC HOME LOANS/BANK OF AMERICA-DOC 89 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 350.00<br>COMMENT: NT/SCH*HUSKHAWK GROUP*2995765960 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6810 |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 178.07<br>COMMENT: NT/SCH*FR VERIZON WIRELESS-DOC 55 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1557 |
| **HARBORCREEK TWP**<br>STREET LIGHTS&HYDRANTS ASSMNT<br>5601 BUFFALO RD<br>HARBORCREEK, PA 16421 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 80.36<br>COMMENT: NO GEN UNS/SCH*NO TAX YRS/CL*W/4*GU BAR TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1354 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SELENE FINANCE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DANIELLE BOYLE-EBERSOLE ESQ**<br>HLADIK ONORATO & FEDERMAN LLP<br>298 WISSAHICKON AVE<br>NORTH WALES, PA 19454 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SELENE FNC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |