**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 12- 10807 -TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Movant, | : | |
| | : | Document No. |
| vs. | : | |
| | : | |
| GEOFFREY I. PELINSKY and | : | Related to Document No. |
| TRISHA L. PELINSKY | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER TO STOP PAYROLL DEDUCTIONS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **May 23, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

SEPCO-Erie
Attn: Payroll Administrator
1221 Robison Road
Erie, PA 16509-4911

  If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

 May 23, 2017       /s/ MICHAEL J. GRAML
                MICHAEL J. GRAML, ESQ.
                Attorney for Respondents
                714 Sassafras Street
                Erie, PA 16501
                (814) 459-8288
                PA I.D. No. 50220
                mattorney@neo.rr.com