**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/22/17 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  GEOFFREY I. PELINSKY
TRISHA L. PELINSKY
       Debtor(s)
  Ronda J. Winnecour, Trustee
   Movant
      vs.
  GEOFFREY I. PELINSKY
TRISHA L. PELINSKY

     Respondents

Case No. 12-10807TPA

Chapter 13

Document No. 128

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  22nd  day of  May , 20 17, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sepco-Erie
Attn: Payroll Manager
1221 Robison Rd
Erie, PA 16509-

is hereby ordered to immediately terminate the attachment of the wages of GEOFFREY I. PELINSKY, social security number XXX-XX-8482. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GEOFFREY I. PELINSKY.

BY THE COURT:

_vas_
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Geoffrey I. Pelinsky  
Trisha L. Pelinsky  
    Debtors

Case No. 12-10807-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: May 23, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.  
db/jdb       Geoffrey I. Pelinsky,    Trisha L. Pelinsky,    1354 Prendergast Drive,    Harborcreek, PA   16421-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    Selene Finance LP agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Brett A. Solomon    on behalf of Creditor    Wells Fargo Bank, N.A. bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
       Danielle Boyle-Ebersole    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
       James Warmbrodt    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com  
       Kevin Scott Frankel    on behalf of Creditor    Selene Finance LP pabk@logs.com  
       LeeAne O. Huggins    on behalf of Creditor    Selene Finance LP pabk@logs.com  
       Michael J. Graml    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com, mjgraml@verizon.net  
       Michael J. Graml    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com, mjgraml@verizon.net  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                       TOTAL: 11