IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-_10807_-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | |
| | : | Document No. |
| | : | |
| GEOFFREY I. PELINSKY | : | |
| TRISHA L. PELINSKY | : | Related to Document No. |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 14, 2016, at docket numbers 107 and 108, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in*

*Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                                Respectfully submitted,

Dated:  May 30, 2017            /s/ MICHAEL J. GRAML
                                                 MICHAEL J. GRAML, ESQ.
                                                 Attorney for Debtors/Movants
                                                 714 Sassafras Street
                                                 Erie, PA 16501
                                                 (814) 459-8288
                                                 PA I.D. No. 50220
                                                 mattorney@neo.rr.com