**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GEOFFREY I. PELINSKY
TRISHA L. PELINSKY
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
    vs.
No Repondents.

Case No.:12-10807 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/31/2012 and confirmed on 8/22/12. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,784.44 |
| Less Refunds to Debtor | 972.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,811.84 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 2,311.26 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,011.26 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SELENE FINANCE LP | 0.00 | 40,966.90 | 0.00 | 40,966.90 |
|     Acct: 6543 | | | | |
|   SELENE FINANCE LP | 10,778.52 | 10,778.52 | 0.00 | 10,778.52 |
|     Acct: 6543 | | | | |
|   HARBORCREEK TWP | 146.99 | 146.99 | 43.43 | 190.42 |
|     Acct: 1354 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6054 | | | | |
|   US DEPARTMENT OF HUD(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8727 | | | | |
| | | | | 51,935.84 |
| **Priority** | | | | |
|   MICHAEL J GRAML ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEOFFREY I. PELINSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEOFFREY I. PELINSKY | 972.60 | 972.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE DIETZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4338 | | | | |
|   AT & T INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8010 | | | | |
|   COLUMBIA HOUSE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9499 | | | | |
|   CAPITAL ONE BANK NA** | 1,950.24 | 356.45 | 0.00 | 356.45 |
|     Acct: 9705 | | | | |
|   CAPITAL ONE BANK NA** | 1,609.95 | 294.25 | 0.00 | 294.25 |
|     Acct: 0067 | | | | |
|   MIDLAND FUNDING LLC | 1,558.17 | 284.79 | 0.00 | 284.79 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2013 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8026 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX8699 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4658 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7315 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3931 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4125 | | | | |
|   CLINICAL ASSOCIATES IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8062 | | | | |
|   CIGPF I CORP | 992.88 | 181.47 | 0.00 | 181.47 |
|     Acct: 7698 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 442.55 | 80.88 | 0.00 | 80.88 |
|     Acct: 1623 | | | | |
|   ERIE GENERAL ELEC FCU (EGEFCU)** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0009 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDL | 3,275.63 | 598.69 | 0.00 | 598.69 |
|     Acct: 1202 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0147 | | | | |
|   MIDLAND FUNDING LLC | 1,287.29 | 235.28 | 0.00 | 235.28 |
|     Acct: 4928 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDL | 980.85 | 179.27 | 0.00 | 179.27 |
|     Acct: 5118 | | | | |
|   MIDLAND FUNDING LLC | 833.49 | 152.34 | 0.00 | 152.34 |
|     Acct: 0346 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4291 | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC(*) | 1,799.24 | 328.85 | 0.00 | 328.85 |
|     Acct: 1293 | | | | |
|   IADELUCA CHIROPRACTIC CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: X2129 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 1,532.34 | 280.07 | 0.00 | 280.07 |
|     Acct: 4485 | | | | |
|   MERRICK BANK | 1,266.37 | 231.45 | 0.00 | 231.45 |
|     Acct: 2177 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 177.95 | 32.52 | 0.00 | 32.52 |
|     Acct: 4044 | | | | |
|   ORTHOPEDIC SURGEONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX7895 | | | | |
|   PENELEC/FIRST ENERGY** | 2,368.02 | 432.80 | 0.00 | 432.80 |
|     Acct: 4331 | | | | |
|   ROI SERVICES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX1773 | | | | |
|   SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX7890 | | | | |
|   SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9815 | | | | |
|   SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9815 | | | | |
|   SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9942 | | | | |
|   SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4997 | | | | |
| SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1130 | | | | |
| SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3593 | | | | |
| SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7451 | | | | |
| SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5650 | | | | |
| SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4914 | | | | |
| SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9864 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 542.27 | 99.11 | 0.00 | 99.11 |
| Acct: 6054 | | | | |
| TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4762 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4086 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3986 | | | | |
| UNICREDIT AMERICA INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2010 | | | | |
| VANTAGE HOME MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 422A | | | | |
| VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7996 | | | | |
| VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9286 | | | | |
| VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1938 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4485 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1347 | | | | |
| WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4342 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 350.00 | 63.97 | 0.00 | 63.97 |
| Acct: 6810 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 178.07 | 32.55 | 0.00 | 32.55 |
| Acct: 1557 | | | | |
| HARBORCREEK TWP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1354 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIELLE BOYLE-EBERSOLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,864.74 |

TOTAL PAID TO CREDITORS                                                55,800.58

| | |
|---|---|
| TOTAL CLAIMED | 0.00 |
| PRIORITY | 10,925.51 |
| SECURED | 21,145.31 |

Date: 09/26/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GEOFFREY I. PELINSKY
    TRISHA L. PELINSKY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:12-10807 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                            BY THE COURT:

                            _____
                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-10807-TPA
Geoffrey I. Pelinsky                                                    Chapter 13
Trisha L. Pelinsky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: vson                  Page 1 of 3              Date Rcvd: Sep 28, 2017
                               Form ID: pdf900             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
```
db/jdb         Geoffrey I. Pelinsky,   Trisha L. Pelinsky,   1354 Prendergast Drive,
                 Harborcreek, PA  16421-1111
cr            +BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC,    2380 Performance Dr,
                 Richardson, TX 75082-4333
cr            +Wells Fargo Bank, N.A.,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,
                 1500 One PPG Place,   Pittsburgh, Pa 15222-5413
13402713       Anthony A. Logue, Esq.,   2618 Parade Street,   Erie, PA 16504-2810
13402715       Attn: Account Services,   MetaBank/Fingerhut,   P.O. Box 1250,   Saint Cloud, MN 56395-1250
13402712      +Attn: Andrew F. Gornall, Esq.,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13391967      +Attn: Bankruptcy Administrator,   AFNI/Verizon,   404 Brock Drive,   Bloomington, IL 61701-2654
13402731      +Attn: Bankruptcy Department,   Verizon,   3900 Washington Street,   Wilmington, DE 19802-2125
13402708      +Attn: Bankruptcy Department,   HSBC Card Services,   P.O. Box 5253,
                 Carol Stream, IL 60197-5253
13391981       Attn: Bankruptcy Department,   HSBC Card Services,   P.O. Box 5246,
                 Carol Stream, IL 60197-5246
13402688       Attn: Bankruptcy Dept.,   Capital One Bank,   P.O. Box 85167,   Richmond, VA 23285-5167
13402701      +Attn: Bankruptcy Dept.,   GECRB/Dick's Sporting Goods,   P.O. Box 103106,
                 Roswell, GA 30076-9106
13402703      +Attn: Bankruptcy Dept.,   GECRB/Lowe's,   P.O. Box 103104,   Roswell, GA 30076-9104
13402704      +Attn: Bankruptcy Dept.,   GECRB/Wal-Mart,   P.O. Box 103104,   Roswell, GA 30076-9104
13391971       Attn: Bankruptcy Dept.,   Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
13391969       Attn: Card Services,   Barclays Bank Delaware,   P.O. Box 8801,   Wilmington, DE 19899-8801
13391984       Attn: Card Services,   Juniper,   P.O. Box 8801,   Wilmington, DE 19899-8801
13391985      +Attn: Customer Service,   Merrick Bank,   P.O. Box 9201,   Old Bethpage, NY 11804-9001
13391968       Attn: Customer Service,   Bank of America,   P.O. Box 5170,   Simi Valley, CA 93062-5170
13512049      +Bank of America, N.A.,   c/of KML Law Group PC,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13511213       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13414141       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13391973       Chase Card Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
13402691      +Client Services, Inc.,   3451 Harry Truman Blvd.,   St. Charles, MO 63301-9816
13391974       Clinical Associates in,   Radiology, P.C.,   P.O. Box 49,   Pittsburgh, PA 15230-0049
13391970       Columbia House,   P.O. Box 91601,   Rantoul, IL 61866-8601
13402693       Columbus Bank and Trust,   Company/Aspire,   P.O. Box 105555,   Atlanta, GA 30348-5555
13391975       Credit Protection Association,   13355 Noel Road,   One Galleria, 21st Floor,
                 Dallas, TX 75240
13391976       Creditech, Inc.,   P.O. Box 99,   Bangor, PA 18013-0099
13402698      +Erie County Domestic Relations,   Erie County Courthouse,   140 W. Sixth Street, Room 6H,
                 Erie, PA 16501-1032
13402706      +Harborcreek Township,   5601 Buffalo Road,   Harborcreek, PA 16421-1698
13402707       Hayt, Hayt & Landau, LLC,   123 S. Broad Street, Suite 166,   Philadelphia, PA 19109-1003
13391982       Iadeluca Chiropractic Center,   1334 West 26th Street,   Erie, PA 16508-1402
13391986       National Credit Solutions,   3680 E. 1-240 Service Road,   Oklahoma City, OK 73135
13402696      #+Nicole A. Dietz,   509 Pelham Road,   Erie, PA 16511-2627
13391987      +Orthopaedic Surgeons, Inc.,   204 West 26th Street,   Erie, PA 16508-1898
13391988      +Pennsylvania Electric Company,   331 Newman Springs Road,   Building 3,
                 Red Bank, NJ 07701-5688
13991623       SELENE FINANCE,   LP P.O.BOX 71243 Philadelphia, PA 19176
13391990      +Saint Vincent Health Center,   232 West 25th Street,   Erie, PA 16544-0001
13391991       Saint Vincent Institute,   3530 Peach Street,   Lower Level 1,   Erie, PA 16508-2768
13402725      +Systems and Services,   Technologies, Inc.,   4315 Pickett Rd.,   Saint Joseph, MO 64503-1600
13391994       Tri-State Adjustments, Inc.,   P.O. Box 3219,   La Crosse WI 54602-3219
13402729       U.S. Department of Education,   Direct Loan Servicing Center,   P.O. Box 5609,
                 Greenville, TX 75403-5609
13416034      +U.S. Department of HUD,   c/o Novad Management Consulting,   Shepherd's Mall,
                 2401 N.W. 23rd Street, Suite 1A,   Oklahoma City OK 73107-2423
13402728      +UniCredit America Inc.,   1571 West 38th Street,   P.O. Box 3805,   Erie, PA 16508-0805
13506148       VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
13391996      +Wells Fargo Bank,   1250 Montego Way,   Walnut Creek, CA 94598-2875
13402732       Wells Fargo Bank, N.A.,   13675 Technology Drive,   Bldg. C, 2nd Floor,
                 Eden Prairie, MN 55344-2252
13395252       Wells Fargo Bank, N.A.,   13675 Technology Drive, Building C,   2nd Floor,
                 Eden Prairie, MN 55344-2252
13394338       Wells Fargo Bank, N.A.,   Wells Fargo Auto Finance,   Attn: MAC: S4015-01T,   PO Box 29706,
                 Phoenix, AZ 85038-9706
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2017 01:39:46
                 Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
```

```
District/off: 0315-1          User: vson                  Page 2 of 3                  Date Rcvd: Sep 28, 2017
                              Form ID: pdf900             Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr               E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2017 01:39:11
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL  33131-1605
13402684        +E-mail/Text: g20956@att.com Sep 29 2017 01:30:11      AT&T/Cingular,    P.O. Box 6416,
                  Carol Stream, IL 60197-6416
13423561         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2017 01:39:46
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
13437235        +E-mail/Text: bankruptcy@cavps.com Sep 29 2017 01:30:00      Cavalry Portfolio Services,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13391972        +E-mail/Text: bankruptcy@cavps.com Sep 29 2017 01:30:01      Cavalry SPV I, LLC,    P.O. Box 1030,
                  Hawthorne, NY 10532-7509
13427292        +E-mail/Text: bankruptcydepartment@tsico.com Sep 29 2017 01:30:19      Cigpf I Corp,
                  C/O Nco Financial Systems, Inc.,    Po Box 4941,    Trenton, NJ 08650-4941
13445060        +E-mail/Text: kthomas@eriefcu.org Sep 29 2017 01:29:15      Erie Federal Credit Union,
                  1109 East 38th Street,    Erie, PA 16504-1845
13391978         E-mail/Text: kthomas@eriefcu.org Sep 29 2017 01:29:15      Erie Federal Credit Union,
                  1959 East 36th Street,    Erie, PA 16510-2663
13391979        +E-mail/Text: collections@widgetfinancial.com Sep 29 2017 01:29:36
                  Erie General Electric Federal,    Credit Union,    2154 East Lake Road,    Erie, PA 16511-1140
13437992         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2017 01:29:57      Jefferson Capital Systems LLC,
                  PO BOX 7999,    SAINT CLOUD MN 56302-9617
13391983         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2017 01:29:57      Jefferson Capital Systems, LLC,
                  16 McLeland Road,    Saint Cloud, MN 56303
13844016         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 01:39:16      LVNV Funding LLC,
                  c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13450625         E-mail/Text: bkr@cardworks.com Sep 29 2017 01:28:56      Merrick Bank,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13394942        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2017 01:29:34      Midland Credit Management, Inc.,
                  2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
13620244         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2017 01:40:09      Midland Funding LLC,
                  by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX  77210-4457
13513584         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:39:45
                  Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13513264         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:39:45
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13391989         E-mail/Text: bk@revenuegroup.com Sep 29 2017 01:30:15      Revenue Group,    3700 Park East Blvd.,
                  Suite 240,    Beachwood, OH 44122
13409601         E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2017 01:39:59
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13391992         E-mail/PDF: cbp@onemainfinancial.com Sep 29 2017 01:39:53      Springleaf Financial Services,
                  P.O. Box 3251,    Evansville, IN 47731
13391993        +E-mail/Text: DL-ICOMSBankruptcy@charter.com Sep 29 2017 01:30:08      Time Warner Cable,
                  530 S. Main Street,    Suite 1751,    Akron, OH 44311-1066
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Selene Finance LP
cr*              LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                  Greenville, SC  29603-0587
13402683*       +Attn: Bankruptcy Administrator,    AFNI/Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
13402711*        Attn: Card Services,    Juniper,    P.O. Box 8801,    Wilmington, DE 19899-8801
13402686*        Attn: Card Services,    Barclays Bank Delaware,    P.O. Box 8801,    Wilmington, DE 19899-8801
13402714*       +Attn: Customer Service,    Merrick Bank,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
13402685*        Attn: Customer Service,    Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13402689*       +Cavalry SPV I, LLC,    P.O. Box 1030,    Hawthorne, NY 10532-7509
13402690*        Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13402692*        Clinical Associates in,    Radiology, P.C.,    P.O. Box 49,    Pittsburgh, PA 15230-0049
13402687*        Columbia House,    P.O. Box 91601,    Rantoul, IL 61866-8601
13402694*        Credit Protection Association,    13355 Noel Road,    One Galleria, 21st Floor,
                  Dallas, TX 75240
13402695*        Creditech, Inc.,    P.O. Box 99,    Bangor, PA 18013-0099
13402682*       +Edwin A. Abrahamsen & Assoc.,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13402697*       +Equable Ascent Financial, LLC,    1120 W. Lake Cook Road,    Suite B,
                  Buffalo Grove, IL 60089-1970
13402699*        Erie Federal Credit Union,    1959 East 36th Street,    Erie, PA 16510-2663
13402700*       +Erie General Electric Federal,    Credit Union,    2154 East Lake Road,    Erie, PA 16511-1140
13402705*       +Gordon & Weinberg, P.C.,    1001 E. Hector Street,    Suite 220,    Conshohocken, PA 19428-2395
13402709*        Iadeluca Chiropractic Center,    1334 West 26th Street,    Erie, PA 16508-1402
13474622*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
13402710*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital Systems, LLC,    16 McLeland Road,
                  Saint Cloud, MN 56303)
13402716*       +Midland Credit Management, Inc.,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
```

```
District/off: 0315-1          User: vson                 Page 3 of 3                   Date Rcvd: Sep 28, 2017
                              Form ID: pdf900            Total Noticed: 72


              ***** BYPASSED RECIPIENTS (continued) *****
13402717*         National Credit Solutions,    3680 E. 1-240 Service Road,    Oklahoma City, OK 73135
13402718*        +Orthopaedic Surgeons, Inc.,    204 West 26th Street,    Erie, PA 16508-1898
13402719*        +Pennsylvania Electric Company,     331 Newman Springs Road,    Building 3,
                   Red Bank, NJ 07701-5688
13402720*        ++REVENUE ASSISTANCE CORPORATION,    3711 CHESTER AVE,    SUITE 200,    CLEVELAND OH 44114-4623
                  (address filed with court: Revenue Group,     3700 Park East Blvd.,    Suite 240,
                   Beachwood, OH 44122)
13402724*        ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                  (address filed with court: Springleaf Financial Services,     P.O. Box 3251,
                   Evansville, IN 47731)
13402722*        +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
13402723*         Saint Vincent Institute,    3530 Peach Street,    Lower Level 1,    Erie, PA 16508-2768
13402726*        +Time Warner Cable,    530 S. Main Street,    Suite 1751,    Akron, OH 44311-1066
13402727*         Tri-State Adjustments, Inc.,     P.O. Box 3219,    La Crosse WI 54602-3219
13402730*         Vantage Home Medical Equipment &,     Services,    2741 West 21st Street,    Erie, PA 16506-2962
13402702         ##+Attn: Bankruptcy Dept.,    GECRB/JCPenney,    P.O. Box 103104,    Roswell, GA 30076-9104
13391966         ##+Edwin A. Abrahamsen & Assoc.,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13391977         ##+Equable Ascent Financial, LLC,    1120 W. Lake Cook Road,    Suite B,
                   Buffalo Grove, IL 60089-1970
13391980         ##+Gordon & Weinberg, P.C.,    1001 E. Hector Street,    Suite 220,    Conshohocken, PA 19428-2395
13402721         ##+ROI Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
13391995          ##Vantage Home Medical Equipment &,     Services,    2741 West 21st Street,    Erie, PA 16506-2962
                                                                                               TOTALS: 1, * 31, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Selene Finance LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Bank, N.A. bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Selene Finance LP pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Selene Finance LP pabk@logs.com
              Michael J. Graml    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com,
               mjgraml@verizon.net
              Michael J. Graml    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com,
               mjgraml@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 11
```