IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: GEOFFREY I. PELINSKY<br>TRISHA L. PELINSKY | : | Bankruptcy No. 12-10807-TPA |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Movant GEOFFREY I. PELINSKY<br>TRISHA L. PELINSKY | : | |
| v. | : | |
| Respondent (if none, then "No Respondent"):<br>NO RESPONDENT | : | |

NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

Creditor Name: Verizon Wireless

Incorrect Address: P.O. Box 3397
Bloomington, IL 61702-3397

**Corrected Address:**

Creditor Name: Verizon Wireless

Correct Address: Attn: Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Dated    10/16/2017

Electronic Signature of Debtor(s)' Attorney
/s/ MICHAEL J. GRAML

Typed Name
MICHAEL J. GRAML, ESQ.

Address
714 Sassafras Street
Erie, PA 16501

Phone No.
(814) 459-8288

Bar I.D. and State of Admission
PA I.D. No. 50220