IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | GEOFFREY I. PELINSKY<br>TRISHA L. PELINSKY | : Bankruptcy No. 12-10807-TPA<br>: Chapter 13 |
| | Debtor | : |
| | | : |
| | | : Document No. |
| Movant | GEOFFREY I. PELINSKY<br>TRISHA L. PELINSKY | : |
| | v. | : |
| | | : |
| Respondent (if none, then "No Respondent")<br>NO RESPONDENT | | : |

### NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

    Creditor Name:    GECRB/Lowe's

    Incorrect Address:  Attn: Bankruptcy Dept.
                              P.O. Box 103104
                              Roswell, GA 30076-9104

**Corrected Address:**

    Creditor Name:    Synchrony Bank/Lowe's

    Correct Address:   Attn: Bankruptcy Dept.
                              P.O. Box 965060
                              Orlando, FL 32896-5060

Dated    12/20/2017

                        Electronic Signature of Debtor(s)' Attorney
                        /s/ MICHAEL J. GRAML

                        Typed Name
                        MICHAEL J. GRAML, ESQ.

                        Address
                        714 Sassafras Street
                        Erie, PA 16501

                        Phone No.
                        (814) 459-8288

                        Bar I.D. and State of Admission
                        PA I.D. No. 50220