IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | GEOFFREY I. PELINSKY<br>TRISHA L. PELINSKY | : | Bankruptcy No. 12-10807-TPA |
| | | : | Chapter 13 |
| | Debtor | : | |
| | | : | |
| | | : | Document No. |
| Movant | GEOFFREY I. PELINSKY<br>TRISHA L. PELINSKY | : | |
| | | : | |
| | v. | : | |
| | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | NO RESPONDENT | | |

NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

Creditor Name:   GECRB/Wal-Mart

Incorrect Address: Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076-9104

Corrected Address:

Creditor Name:   Synchrony Bank/Wal-Mart

Correct Address: Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Dated    12/20/2017

Electronic Signature of Debtor(s)' Attorney
/s/ MICHAEL J. GRAML

Typed Name
MICHAEL J. GRAML, ESQ.

Address
714 Sassafras Street
Erie, PA 16501

Phone No.
(814) 459-8288

Bar I.D. and State of Admission
PA I.D. No. 50220