IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-_10807_-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | |
| | : | |
| GEOFFREY I. PELINSKY | : | Document No. |
| ESTATE OF TRISHA L. PELINSKY | : | |
| | : | |
| Movants, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| AT&T/CINGULAR, CAPITAL ONE BANK (USA), N.A., CAVALRY PORTFOLIO SERVICES LLC, CHASE CARD SERVICES, CLINICAL ASSOCIATES IN RADIOLOGY, P.C., COLUMBIA HOUSE, COLUMBUS BANK AND TRUST COMPANY/ASPIRE, NICOLE A. DIETZ, ERIE COUNTY DOMESTIC RELATIONS, ERIE FEDERAL CREDIT UNION, GE CAPITAL RETAIL BANK, C/O RECOVERY MANAGEMENT SYSTEMS CORP., TOWNSHIP OF HARBORCREEK, IADELUCA CHIROPRACTIC CENTER, JEFFERSON CAPITAL SYSTEMS, LLC, LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, METABANK/FINGERHUT, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC, ORTHOPAEDIC SURGEONS, INC., PENNSYLVANIA ELECTRIC COMPANY, PORTFOLIO RECOVERY ASSOCIATES, LLC, RERSURGENT CAPITAL SERVICES, ROI SERVICES, INC., SAINT VINCENT HEALTH CENTER, SAINT VINCENT INSTITUTE, SELENE FINANCIAL LP, AS SERVICER FOR SELENE FINANCE LP, SYNCHRONY BANK/DICK'S SPORTING GOODS, SYNCHRONY BANK/JCPENNEY, SYNCHRONY | : | |

|  |  |
|---|---|
| **BANK/LOWE'S, SYNCHRONY** | **:** |
| **BANK/WAL-MART, SYSTEMS AND** | **:** |
| **SERVICES TECHNOLOGIES, INC.,** | **:** |
| **C/O NCO FINANCIAL SYSTEMS,** | **:** |
| **INC., TIME WARNER CABLE,** | **:** |
| **TRI-STATE ADJUSTMENTS, INC.,** | **:** |
| **UNICREDIT AMERICA INC.,** | **:** |
| **U.S. DEPARTMENT OF** | **:** |
| **EDUCATION, U.S. DEPARTMENT** | **:** |
| **OF HOUSING AND URBAN** | **:** |
| **DEVELOPMENT, C/O NOVAD** | **:** |
| **MANAGEMENT CONSULTING, LLC,** | **:** |
| **VANTAGE HOME MEDICAL** | **:** |
| **EQUIPMENT & SERVICES,** | **:** |
| **VERIZON WIRELESS, WELLS** | **:** |
| **FARGO BANK, N.A.** | **:** |
| **OFFICE OF THE UNITED STATES** | **:** |
| **TRUSTEE AND** | **:** |
| **RONDA J. WINNECOUR, ESQ.** | **:** |
| **CHAPTER 13 TRUSTEE** | **:** |
|  | **:** |
| **Respondents.** | **:** |
|  | **:** |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE ON
MOTION TO REOPEN BANKRUPTCY CASE
PURSUANT TO 11 U.S.C. § 350(b) AND BANKRUPTCY RULE 5010
AND APPLICATION TO WAIVE FEE TO REOPEN**

TO THE RESPONDENT(S):

**You are hereby notified that the above Movant seeks an order affecting your rights or property.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than April 23, 2021 [seventeen (17) *days after the date of service below*], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

**A Zoom Video Conference Hearing** will be held on May 5, 2021 at 9:30 A.M. before Judge Thomas P. Agresti via the **Zoom Video Conference Application** ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the

scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.  **All attorneys and Parties may only appear by Zoom** and must comply with Judge Agresti's **Amended Notice of Temporary Modification of Appearance Procedures**, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.  Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.  When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Helbling to make telephonic arrangements.  Only ten minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

    Date of Service: April 6, 2021

                          Attorney for Movants/Applicants


                          /s/ MICHAEL J. GRAML
                        MICHAEL J. GRAML, ESQ.
                        714 Sassafras Street
                        Erie, PA 16501
                        (814) 459-8288
                        PA I.D. No. 50220
                        mattorney@neo.rr.com