```
IN THE UNITED STATES BANKRUPTCY COURT
   WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: | : | Case No. 12- 10807 -TPA |
| | : | (Chapter 13) |
|    GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
|    TRISHA L. PELINSKY | : | |
| | : | |
|        Debtors. | : | |
| | : | |
|    GEOFFREY I. PELINSKY | : | Document No. |
|    ESTATE OF TRISHA L. PELINSKY | : | |
| | : | |
|        Movants, | : | Related to Document No. |
| | : | |
|   vs. | : | |
| | : | |
| | : | |
|    RONDA J. WINNECOUR, ESQ. | : | |
|    CHAPTER 13 TRUSTEE, et al. | : | |
| | : | |
|        Respondents. | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION
TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b)
AND BANKRUPTCY RULE 5010 AND APPLICATION TO WAIVE FEE TO REOPEN**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b) AND BANKRUPTCY RULE 5010 AND APPLICATION TO WAIVE FEE TO REOPEN*** and the Notice of Hearing filed and served April 6, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 23, 2021.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                Respectfully submitted,

Dated:   May 4, 2021                    /s/ MICHAEL J. GRAML
                                           MICHAEL J. GRAML, ESQ.
                                           Attorney for Debtors/Movants
                                           714 Sassafras Street
                                           Erie, PA 16501
                                           (814) 459-8288
                                           PA I.D. No. 50220
                                           mattorney@neo.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-_10807_-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | |
| | : | |
| GEOFFREY I. PELINSKY | : | Document No. |
| ESTATE OF TRISHA L. PELINSKY | : | |
| | : | |
| Movants, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, et al. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION**
**REGARDING THE MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b)**
**AND BANKRUPTCY RULE 5010 AND APPLICATION TO WAIVE FEE TO REOPEN**

I certify under penalty of perjury that I served the above captioned pleading and proposed Order of Court on the parties at the addresses specified below or on the attached list on **May 4, 2021.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Danielle Boyle-Ebersole, Esq.
dboyle-ebersole@orlans.com

**FIRST CLASS MAIL:**

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Attn: Account Services
MetaBank/Fingerhut
P.O. Box 1250
Saint Cloud, MN 56395-1250

Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108

**ELECTRONIC NOTIFICATION**:

Kevin S. Frankel, Esq.
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
pabk@logs.com

LeeAne O. Huggins, Esq.
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
pabk@logs.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com

Brett A. Solomon, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
bsolomon@tuckerlaw.com

**FIRST CLASS MAIL:**

Edwin A. Abrahamsen & Assoc.
120 North Keyser Avenue
Scranton, PA 18504

AT&T/Cingular
P.O. Box 6416
Carol Stream, IL 60197

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Cavalry Portfolio Services LLC
as asignee of HSBC Bank Nevada, N.A.
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

**FIRST CLASS MAIL:**

Attn: Department 1
Midland Funding LLC
by American Infosource LP as agent
P.O. Box 4457
Houston, TX 77210-4457

National Credit Solutions
3680 E. I-240 Service Road
Oklahoma City, OK 73135

Orthopaedic Surgeons, Inc.
204 West 26th Street
Erie, PA 16508

Pennsylvania Electric Company
c/o FirstEnergy Corp.
76 S. Main Street
Akron, OH 44308

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Revenue Group
3700 Park East Blvd.
Suite 240
Beachwood, OH 44122

ROI Services, Inc.
P.O. Box 39
Zebulon, NC 27597

Saint Vincent Health Center
232 West 25th Street
Erie, PA 16544

Saint Vincent Institute
3530 Peach Street
Lower Level 1
Erie, PA 16508-2768

Selene Financial LP
as servicer for Selene Finance LP
9990 Richmond Avenue, Suite 4005
Houston, TX 77042

**FIRST CLASS MAIL:**

Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-4047

Clinical Associates in Radiology, P.C.
P.O. Box 49
Pittsburgh, PA 15230-0049

Columbia House
P.O. Box 91601
Rantoul, IL 61866-8601

Columbus Bank and Trust Company/Aspire
P.O. Box 105555
Atlanta, GA 30348-5555

Credit Protection Association
13355 Noel Road
One Galleria, 21st Floor
Dallas, TX 75240

Creditech, Inc.
P.O. Box 99
Bangor, PA 18013-0099

Nicole A. Dietz
509 Pelham Road
Erie, PA 16511

Equable Ascent Financial, LLC
1120 W. Lake Cook Road
Suite B
Buffalo Grove, IL 60089

Erie County Domestic Relations
Erie County Courthouse
140 W. Sixth Street, Room 6H
Erie, PA 16501-1091

Attn: Bankruptcy Department
Erie Federal Credit Union
3503 Peach Street
Erie, PA 16508-2741

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1650

**FIRST CLASS MAIL:**

Attn: Bankruptcy Dept.
Synchrony Bank/Dick's Sporting Goods
P.O. Box 965060
Orlando, FL 32896-5060

Attn: Bankruptcy Dept.
Synchrony Bank/JCPenney
P.O. Box 965064
Orlando, FL 32896-5064

Attn: Bankruptcy Dept.
Synchrony Bank/Lowe's
P.O. Box 965060
Orlando, FL 32896-5060

Attn: Bankruptcy Dept.
Synchrony Bank/Wal-Mart
P.O. Box 965060
Orlando, FL 32896-5060

Systems and Services Technologies, Inc.
c/o NCO Financial Systems, Inc.
P.O. Box 4941
Trenton, NJ 08650

Time Warner Cable
530 S. Main Street
Suite 1751
Akron, OH 44311

Tri-State Adjustments, Inc.
P.O. Box 3219
La Crosse WI 54602-3219

UniCredit America Inc.
1571 West 38th Street
P.O. Box 3805
Erie, PA 16508

United States Attorney's Office
Joseph F. Weis, Jr.
U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

U.S. Department of Education
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403-5609

**FIRST CLASS MAIL:**

Gordon & Weinberg, P.C.
1001 E. Hector Street
Suite 220
Conshohocken, PA 19428

Township of Harborcreek
5601 Buffalo Road
Harborcreek, PA 16421

Hayt, Hayt & Landau, LLC
123 S. Broad Street, Suite 166
Philadelphia, PA 19109-1003

Iadeluca Chiropractic Center
1334 West 26th Street
Erie, PA 16508-1402

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

Anthony A. Logue, Esq.
2618 Parade Street
Erie, PA 16504-2810

**FIRST CLASS MAIL:**

U.S. Department of Housing and Urban Development
c/o Novad Management Consulting, LLC
2401 N.W. 23rd Street, Suite 1A
Oklahoma City, OK 73107

Vantage Home Medical Equipment & Services
2741 West 21st Street
Erie, PA 16506-2962

Wells Fargo Bank, N.A.
13675 Technology Drive
Bldg. C, 3rd Floor
Eden Prairie, MN 55344-2252

Widget Financial
2154 East Lake Road
Erie, PA 16511

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  May 4, 2021  

/s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtors/Movants
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mjgraml@neo.rr.com