FILED
5/4/21 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-__10807__-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | |
| | : | |
| GEOFFREY I. PELINSKY | : | Document No. 157 |
| ESTATE OF TRISHA L. PELINSKY | : | |
| | : | |
| Movants, | : | Related to Document No. 154 |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, et al. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER ON MOTION TO REOPEN CASE PURSUANT TO
11 U.S.C. § 350(b) AND BANKRUPTCY RULE 5010 AND
ORDER OF APPLICATION TO WAIVE FEE TO REOPEN**

AND NOW, this __4th__ day of ____May____, 2021, upon consideration of the Motion of GEOFFREY I. PELINSKY and ESTATE OF TRISH L. PELINSKY, the Debtors herein, to reopen this bankruptcy estate and this case for the purpose of continuing administration of their bankruptcy estate, and good cause having been shown, therefore, it is,

HEREBY ORDERED that the MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b) AND BANKRUPTCY RULE 5010 of the Debtors, GEOFFREY I. PELINSKY and ESTATE OF TRISH L. PELINSKY, is **GRANTED**; IT IS FURTHER ORDERED that the reopening fee for the administration of an asset in this matter is hereby **WAIVED**.

Dated: May 4, 2021

asg
_____
JUDGE THOMAS P. AGRESTI
United States Bankruptcy Judge

cc: Michael J. Graml, Esq.
Ronda J. Winnecour, Esq.
U.S. Trustee
Creditors.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Geoffrey I. Pelinsky  
Trisha L. Pelinsky  
    Debtors

Case No. 12-10807-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 4 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 73 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Geoffrey I. Pelinsky, Trisha L. Pelinsky, 1354 Prendergast Drive, Harborcreek, PA 16421-1111 |
| cr | + | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC, 2380 Performance Dr, Richardson, TX 75082-4333 |
| cr | + | Wells Fargo Bank, N.A., Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 13402713 | | Anthony A. Logue, Esq., 2618 Parade Street, Erie, PA 16504-2810 |
| 13402715 | | Attn: Account Services, MetaBank/Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 13402712 | + | Attn: Andrew F. Gornall, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13391967 | + | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-3963 |
| 13402708 | + | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 13391981 | | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5246, Carol Stream, IL 60197-5246 |
| 13402731 | + | Attn: Bankruptcy Department, Verizon, 3900 Washington Street, Wilmington, DE 19802-2126 |
| 13402688 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 85167, Richmond, VA 23285-5167 |
| 13402701 | + | Attn: Bankruptcy Dept., GECRB/Dick's Sporting Goods, P.O. Box 103106, Roswell, GA 30076-9106 |
| 13391971 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13402702 | + | Attn: Bankruptcy Dept., GECRB/JCPenney, P.O. Box 103104, Roswell, GA 30076-9104 |
| 13391969 | | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391984 | | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391968 | | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13391985 | + | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13511213 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13512049 | + | Bank of America, N.A., c/of KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13391974 | | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13391970 | | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402693 | | Columbus Bank and Trust, Company/Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 13391975 | | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13391976 | | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13391966 | + | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13391977 | + | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402698 | + | Erie County Domestic Relations, Erie County Courthouse, 140 W. Sixth Street, Room 6H, Erie, PA 16501-1032 |
| 13391980 | + | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13402706 | + | Harborcreek Township, 5601 Buffalo Road, Harborcreek, PA 16421-1698 |
| 13391986 | | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13391988 | + | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402721 | + | ROI Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13991623 | | SELENE FINANCE, LP P.O.BOX 71243 Philadelphia, PA 19176 |
| 13391990 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 13402725 | + | Systems and Services, Technologies, Inc., 4315 Pickett Rd., Saint Joseph, MO 64503-1600 |
| 13391994 | | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402729 | | U.S. Department of Education, Direct Loan Servicing Center, P.O. Box 5609, Greenville, TX 75403-5609 |
| 13416034 | + | U.S. Department of HUD, c/o Novad Management Consulting, Shepherd's Mall, 2401 N.W. 23rd Street, Suite 1A, Oklahoma City OK 73107-2423 |
| 13402728 | + | UniCredit America Inc., 1571 West 38th Street, P.O. Box 3805, Erie, PA 16508-0805 |
| 13391995 | | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |

| District/off: 0315-1 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 73 |

| | | |
|---|---|---|
| 13391996 | + | Wells Fargo Bank, 1250 Montego Way, Walnut Creek, CA 94598-2875 |
| 13402732 | | Wells Fargo Bank, N.A., 13675 Technology Drive, Bldg. C, 2nd Floor, Eden Prairie, MN 55344-2252 |
| 13395252 | | Wells Fargo Bank, N.A., 13675 Technology Drive, Building C, 2nd Floor, Eden Prairie, MN 55344-2252 |
| 13394338 | | Wells Fargo Bank, N.A., Wells Fargo Auto Finance, Attn: MAC: S4015-01T, PO Box 29706, Phoenix, AZ 85038-9706 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 03:26:09 | Midland Funding LLC by American InfoSource LP as a, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 05 2021 03:26:48 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13402684 | + | Email/Text: g20956@att.com | May 05 2021 04:02:00 | AT&T/Cingular, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 13423561 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 03:26:09 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13414141 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:26:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13437235 | + | Email/Text: bankruptcy@cavps.com | May 05 2021 04:02:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2322 |
| 13391972 | + | Email/Text: bankruptcy@cavps.com | May 05 2021 04:02:00 | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13427292 | + | Email/Text: bankruptcydepartment@tsico.com | May 05 2021 04:02:00 | Cigpf I Corp, C/O Nco Financial Systems, Inc., Po Box 4941, Trenton, NJ 08650-4941 |
| 13402691 | + | Email/Text: mediamanagers@clientservices.com | May 05 2021 04:01:00 | Client Services, Inc., 3451 Harry Truman Blvd., St. Charles, MO 63301-9816 |
| 13445060 | + | Email/Text: kthomas@eriefcu.org | May 05 2021 04:01:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 13391978 | | Email/Text: kthomas@eriefcu.org | May 05 2021 04:01:00 | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13391979 | + | Email/Text: collections@widgetfinancial.com | May 05 2021 04:02:00 | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13437992 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 04:02:00 | Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13391983 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 04:02:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13391973 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:26:01 | Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13844016 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:48 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13450625 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 05 2021 11:22:03 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13394942 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 04:02:00 | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 13620244 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 03:27:34 | Midland Funding LLC, by American InfoSource LP as agent, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457 |
| 13513584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 03:26:46 | Portfolio Recovery Associates LLC, P.O. Box |

| Recip ID | | | | |
|---|---|---|---|---|
| 13513264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | 41067, Norfolk, VA 23541 |
| | | | May 05 2021 03:27:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13391989 | | Email/Text: bk@revenuegroup.com | May 05 2021 04:02:00 | Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13409601 | | Email/PDF: rmscedi@recoverycorp.com | May 05 2021 03:26:48 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13391992 | | Email/PDF: cbp@onemainfinancial.com | May 05 2021 03:25:59 | Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402703 | | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:25:59 | Synchrony Bank/Lowe's, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13402704 | | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:27:26 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13391993 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | May 05 2021 04:02:00 | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13506148 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2021 04:01:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING, MO 63304-2225 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Selene Finance LP |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 13402683 | *+ | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-3963 |
| 13402686 | * | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402711 | * | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402685 | * | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13402714 | *+ | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13402689 | *+ | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13402692 | * | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13402687 | * | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402694 | * | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13402695 | * | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13402682 | *+ | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13402697 | *+ | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402699 | * | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13402700 | *+ | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13402705 | *+ | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13402709 | * | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |
| 13474622 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13402710 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13402690 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13402716 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 13402717 | * | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13402718 | *+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |
| 13402719 | *+ | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402720 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13402724 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402722 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |

| District/off: 0315-1 | User: mgut | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 73 |

| | | |
|---|---|---|
| 13402723 | * | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |
| 13402726 | *+ | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13402727 | * | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402730 | * | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |
| 13402707 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Suite 166, Philadelphia, PA 19109-1003 |
| 13391982 | ## | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |
| 13402696 | ##+ | Nicole A. Dietz, 509 Pelham Road, Erie, PA 16511-2627 |
| 13391987 | ##+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |
| 13391991 | ## | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |

TOTAL: 1 Undeliverable, 31 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Selene Finance LP andygornall@latouflawfirm.com |
| Andrew F Gornall | on behalf of Creditor BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP andygornall@latouflawfirm.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank N.A. brett.solomon@solomon-legal.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Selene Finance LP dboyle-ebersole@orlans.com |
| James Warmbrodt | on behalf of Creditor Selene Finance LP bkgroup@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com |
| LeeAne O. Huggins | on behalf of Creditor Selene Finance LP pabk@logs.com |
| Michael J. Graml | on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net |
| Michael J. Graml | on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11