**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 12-_10807_-TPA** |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| GEOFFREY I. PELISNKY, as | : | |
| Administrator of the Estate | : | |
| of Trisha L. Pelinksy | : | |
| | : | |
| Debtors. | : | |
| | : | |
| GEOFFREY I. PELINSKY | : | Document No. |
| GEOFFREY I. PELINSKY, as | : | |
| Administrator of the Estate | : | |
| of Trisha L. Pelinsky | : | Related to Document No. |
| | : | |
| Movants, | : | |
| vs. | : | |
| | : | |
| **NO RESPONDENT** | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION
TO RETAIN INSURANCE PROCEEDS TO REPAIR RESIDENCE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Retain Insurance Proceeds to Repair Residence and the Notice of Hearing filed and served August 4, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 23, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated:   August 24, 2021         /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtors/Movants
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 12-_10807_-TPA** |
| | : | (Chapter 13) |
| **GEOFFREY I. PELINSKY** | : | Judge Thomas P. Agresti |
| **GEOFFREY I. PELISNKY, as** | : | |
| **Administrator of the Estate** | : | |
| **of Trisha L. Pelinksy** | : | |
| | : | |
| Debtors. | : | |
| | : | |
| **GEOFFREY I. PELINSKY** | : | Document No. |
| **GEOFFREY I. PELINSKY, as** | : | |
| **Administrator of the Estate** | : | |
| **of Trisha L. Pelinsky** | : | Related to Document No. |
| | : | |
| **Movants,** | : | |
| vs. | : | |
| | : | |
| **NO RESPONDENT** | : | |
| | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION
REGARDING MOTION FOR EMPLOYMENT OF SPECIAL COUNSEL
PURSUANT TO 11 U.S.C. § 327(a) AND BANKRUPTCY RULE 2014**

I certify under penalty of perjury that I served the above captioned pleading, proposed Order of Court and Notice of Hearing on the parties at the addresses specified below or on the attached list on **August 24, 2021**.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification**.

| **ELECTRONIC NOTIFICATION:** | **FIRST CLASS MAIL:** |
|---|---|
| Ronda J. Winnecour, Esq. | Andrew Feldman, Esq. |
| Office of the Chapter 13 Trustee | Flint Law Firm, LLC |
| USX Tower, Suite 3250 | 222 E. Park Street #500 |
| 600 Grant Street | P.O. Box 189 |
| Pittsburgh, PA 15219 | Edwardsville, IL 62025 |
| cmecf@chapter13trusteewdpa.com | |

| **ELECTRONIC NOTIFICATION:** | **FIRST CLASS MAIL:** |
|---|---|
| Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov | Zachary Peter Lowe<br>Lowe Law Group<br>6028 S. Ridgeline Drive<br>Suite 200<br>Ogden, UT 84405 |

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

August 24, 2021

/s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtors/Movants
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mjgraml@neo.rr.com