IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12- 10807 -TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| GEOFFREY I. PELISNKY, as | : | |
| Administrator of the Estate | : | |
| of Trisha L. Pelinksy | : | |
| | : | |
| Debtors. | : | |
| | : | |
| GEOFFREY I. PELINSKY | : | Document No. |
| GEOFFREY I. PELINSKY, as | : | |
| Administrator of the Estate | : | |
| of Trisha L. Pelinsky | : | Related to Document No. |
| | : | |
| Movants, | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL**

I certify under penalty of perjury that I served the above Order of Court on the parties at the addresses specified below or on the attached list on **August 25, 2021.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

Andrew Feldman, Esq.
Flint Law Firm, LLC
222 E. Park Street #500
P.O. Box 189
Edwardsville, IL 62025

Zachary Peter Lowe
Lowe Law Group
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  August 25, 2021                        /s/ MICHAEL J. GRAML
                                            MICHAEL J. GRAML, ESQ.
                                            Attorney for Debtors/MovantS
                                            714 Sassafras Street
                                            Erie, PA 16501
                                            (814) 459-8288
                                            PA I.D. No. 50220
                                            mattorney@neo.rr.com