IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Geoffrey I. Pelinsky<br>Trisha L. Pelinsky | : <br> : | Bankruptcy No.  12-10807-TPA <br> Chapter 13 |
| | Debtor(s) | : <br> : | |
| | | : | Claim No.       19 |
| Movant | Selene Finance LP | : <br> : | |
| v. | | : <br> : | |
| Respondent (if none, then "No Respondent") <br> No Respondent | | : <br> : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:   Selene Finance LP
   Incorrect Address:   Selene Finance, LP
                                9990 Richmond Ave.
                                Suite 400 South
                                Houston  TX  77042

Corrected Address:
   Creditor Name:   Selene Finance LP
   Correct Address:   Selene Finance LP
                                Attn: BK Dept
                                3501 Olympus Blvd, Suite 500
                                Dallas, TX 75019

Dated May 24, 2022

                                                                       /s/ Charles G. Wohlrab
                                                 Electronic Signature of Debtor(s)' Attorney

                                                                       Charles G. Wohlrab, Esq.
                                                                              Typed Name

                 10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
                                                                                                Address

                                                                       (470) 321-7112 Ext. 257
                                                                              Phone No.

                                                                                   314532
                                                         Bar I.D. and State of Admission

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ___June 6, 2022____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GEOFFREY I. PELINSKY
1354 PRENDERGAST DRIVE
HARBORCREEK, PA 16421-1111

TRISHA L. PELINSKY
1354 PRENDERGAST DRIVE
HARBORCREEK, PA 16421-1111

And via electronic mail to:

MICHAEL J. GRAML
714 SASSAFRAS STREET
ERIE, PA 16501

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill