FILED
9/16/22 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GEOFFREY L. PELINSKY | : | Case No. 12-10807-TPA |
| TRISHA L. PELINSKY (Deceased) | : | Chapter 13 |
| *Debtors* | : | |
| GEOFFREY L. PELINSKY | : | |
| . TRISHA L. PELINSKY (Deceased) | : | |
| *Movants* | : | |
| | : | |
| v. | : | |
| NO RESPONDENT | : | Hearing: September 29, 2022 at 11:00 |
| | : | A.M. |

## ORDER

On May 4, 2021, an ***Order Granting Motion To Reopen Chapter 13 Case*** was entered in the above-referenced case at Document No. 157, and on August 25, 2021 Andrew Feldman, Esq was employed as Special Counsel for the Estate/Debtor for representation in the personal injury claim at Document No. 165. No activity has occurred in the above Chapter 13 case since August 25, 2021.

***AND NOW***, this **16th day of September, 2022**, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1) A Status Conference is scheduled for ***September 29, 2022*** at ***11:00 A.M*** to be held by the ***Zoom Video Conference Application***. The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective July 26, 2022, which can be found on the Court's website at

https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2) **_Initializing Zoom Hearing:_** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff at 814-464-9760.

_____ dak
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Debtor's Counsel
    Andrew Feldman, Esq
    Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 12-10807-TPA |
| Geoffrey I. Pelinsky | Chapter 13 |
| Trisha L. Pelinsky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 16, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Geoffrey I. Pelinsky, Trisha L. Pelinsky, 1354 Prendergast Drive, Harborcreek, PA 16421-1111 |
| sp | + | Andrew Feldman, Flint Law Firm, LLC, P.O. Box 189, 222 E. Park St., Edwardsville, IL 62025-1711 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | |
| | on behalf of Creditor Selene Finance LP agornall@gornall-law.com |
| Andrew F Gornall | |
| | on behalf of Creditor BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@gornall-law.com |
| Brett A. Solomon | |
| | on behalf of Creditor Wells Fargo Bank N.A. brett@solomon-legal.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| Danielle Boyle-Ebersole | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Creditor Selene Finance LP dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com

James Warmbrodt
    on behalf of Creditor Selene Finance LP bkgroup@kmllawgroup.com

Kevin Scott Frankel
    on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com

LeeAne O. Huggins
    on behalf of Creditor Selene Finance LP pabk@logs.com

Michael J. Graml
    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net

Michael J. Graml
    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 12