IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-_10807_-TPA |
| | : | (Chapter 13) |
| GEOFFREY I. PELINSKY | : | Judge Thomas P. Agresti |
| TRISHA L. PELINSKY | : | |
| | : | |
| Debtors. | : | |
| | : | |
| GEOFFREY I. PELINSKY | : | Document No. |
| ESTATE OF TRISHA L. PELINSKY | : | |
| | : | |
| Movants, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| AT&T/CINGULAR, CAPITAL ONE | : | |
| BANK (USA), N.A., CAVALRY | : | |
| PORTFOLIO SERVICES LLC, | : | |
| CHASE CARD SERVICES, | : | |
| CLINICAL ASSOCIATES IN | : | |
| RADIOLOGY, P.C., COLUMBIA | : | |
| HOUSE, COLUMBUS BANK AND | : | |
| TRUST COMPANY/ASPIRE, NICOLE | : | |
| A. DIETZ, ERIE COUNTY | : | |
| DOMESTIC RELATIONS, ERIE | : | |
| FEDERAL CREDIT UNION, GE | : | |
| CAPITAL RETAIL BANK, C/O | : | |
| RECOVERY MANAGEMENT SYSTEMS | : | |
| CORP., TOWNSHIP OF | : | |
| HARBORCREEK, IADELUCA | : | |
| CHIROPRACTIC CENTER, | : | |
| JEFFERSON CAPITAL SYSTEMS, | : | |
| LLC, LVNV FUNDING LLC, C/O | : | |
| RESURGENT CAPITAL SERVICES, | : | |
| METABANK/FINGERHUT, MIDLAND | : | |
| CREDIT MANAGEMENT, INC., | : | |
| MIDLAND FUNDING LLC, | : | |
| ORTHOPAEDIC SURGEONS, INC., | : | |
| PENNSYLVANIA ELECTRIC | : | |
| COMPANY, PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC, RERSURGENT | : | |
| CAPITAL SERVICES, ROI | : | |
| SERVICES, INC., SAINT | : | |
| VINCENT HEALTH CENTER, SAINT | : | |
| VINCENT INSTITUTE, SELENE | : | |
| FINANCIAL LP, AS SERVICER | : | |
| FOR SELENE FINANCE LP, | : | |
| SYNCHRONY BANK/DICK'S | : | |
| SPORTING GOODS, SYNCHRONY | : | |
| BANK/JCPENNEY, SYNCHRONY | : | |

|   |   |
|---|---|
| **BANK/LOWE'S, SYNCHRONY** | **:** |
| **BANK/WAL-MART, SYSTEMS AND** | **:** |
| **SERVICES TECHNOLOGIES, INC.,** | **:** |
| **C/O NCO FINANCIAL SYSTEMS,** | **:** |
| **INC., TIME WARNER CABLE,** | **:** |
| **TRI-STATE ADJUSTMENTS, INC.,** | **:** |
| **UNICREDIT AMERICA INC.,** | **:** |
| **U.S. DEPARTMENT OF** | **:** |
| **EDUCATION, U.S. DEPARTMENT** | **:** |
| **OF HOUSING AND URBAN** | **:** |
| **DEVELOPMENT, C/O NOVAD** | **:** |
| **MANAGEMENT CONSULTING, LLC,** | **:** |
| **VANTAGE HOME MEDICAL** | **:** |
| **EQUIPMENT & SERVICES,** | **:** |
| **VERIZON WIRELESS, WELLS** | **:** |
| **FARGO BANK, N.A.** | **:** |
| **OFFICE OF THE UNITED STATES** | **:** |
| **TRUSTEE AND** | **:** |
| **RONDA J. WINNECOUR, ESQ.** | **:** |
| **CHAPTER 13 TRUSTEE** | **:** |
|   | **:** |
| **Respondents.** | **:** |
|   | **:** |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE ON**
**MOTION TO FOR APPROVAL AND AUTHORIZING ENTRY INTO**
**COMPROMISE AND RELEASE AGREEMENT OF PERSONAL INJURY SETTLEMENT CLAIM**

TO THE RESPONDENT(S):

**You are hereby notified that the above Movant seeks an order affecting your rights or property.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 14, 2022 [*seventeen (17) days after the date of service below*], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

**A Zoom Video Conference Hearing** will be held on November 9, 2022 at 9:30 a.m. before Judge Thomas P. Agresti via the **Zoom Video Conference Application** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or

alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in-Charge, at 814-464-9760. **All attorneys and Parties may only appear by Zoom** and must comply with Judge Agresti's **Updated Notice of Temporary Modification of Appearance Procedures**, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at [https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti](https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti). Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: September 27, 2022

Attorney for Movants/Applicants

/s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com