IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/30/22 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 12-10807-TPA |
| | : | | |
| Geoffrey I. Pelinsky | : | Chapter: | 13 |
| Trisha L. Pelinsky | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/29/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**   #169 Status Conf. on case

**APPEARANCES:**

  Debtor:  Michael J. Graml
  Trustee:  Owen Katz
  Special Counsel For Estate/Debtor: Andrew Feldman (no appearance)

**NOTES:**

Graml:  Provided background on the proposed settlement.

Katz:  We are agreeable to the proposed settlement.

**OUTCOME:**  Chambers to issue Order granting the proposed settlement agreement with a reverse notice portion.

*/s/ Thomas P. Agresti*

dak