FILED
10/3/22 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GEOFFRY I. PELINSKY | : | Case No. 12-10807-TPA |
| ESTATE OF TRISHA L. PELINSKY, | : | |
| *Debtors.* | : | |
| | : | |
| GEOFFRY I. PELINSKY | : | |
| ESTATE OF TRISHA L. PELINSKY, | : | Chapter 13 |
| *Movants.* | : | |
| | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| *Respondent.* | : | Related to Doc. No. 172 |

**ORDER**

AND NOW, this **30th** day of **September 2022**, upon consideration of the ***Motion for Approval and Authorizing Entry into Settlement and Release Agreement of Personal Injury Settlement Claim***, filed at Doc. No. 172 ("Settlement Motion"), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)   ***Effective October 14, 2022,*** The *Settlement Motion* is **APPROVED** in the amount of $18,542.67, unless **on or before Thursday, October 13, 2022**, an *Objection* to the *Settlement Motion* is filed with the Court.

(2)   If no ***Objection*** is filed, the proceeds of the *Settlement Motion* shall be distributed as follows: From the gross award of $18,542.67, $9,234.38 shall be payable for attorney's fees and court costs in accordance with the disbursement sheet attached hereto to the

Settlement Motion, and the balance of the settlement proceeds ($9,308.29) shall be paid to the Debtors, **Geoffry I. Pelinsky and Estate of Trisha L. Pelinsky**, as and for their allowed exemptions pursuant to *11 U.S.C. §522 (d)(5)* and *11 U.S.C. §522(d)(11)(D)*.

(3)     If no *Objection* is filed **on or before October 14, 2022**, the Clerk shall mark this case **CLOSED**.

_____ dak
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Plaintiffs
    Defendant
    Owen Katz, Esq.
    Michael J. Graml, Esq.
    Andres Feldman, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 12-10807-TPA |
| Geoffrey I. Pelinsky | Chapter 13 |
| Trisha L. Pelinsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: auto        Page 1 of 2
Date Rcvd: Oct 03, 2022        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| sp | + | Andrew Feldman, Flint Law Firm, LLC, P.O. Box 189, 222 E. Park St., Edwardsville, IL 62025-1711 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Selene Finance LP agornall@gornall-law.com |
| Andrew F Gornall | on behalf of Creditor BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@gornall-law.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank N.A. brett@solomon-legal.com |
| Charles Griffin Wohlrab | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Selene Finance LP dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

James Warmbrodt
    on behalf of Creditor Selene Finance LP bkgroup@kmllawgroup.com

Kevin Scott Frankel
    on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com

LeeAne O. Huggins
    on behalf of Creditor Selene Finance LP pabk@logs.com

Michael J. Graml
    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net

Michael J. Graml
    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12