Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Geoffrey I. Pelinsky** | : | Case No. 12−10807−GLT |
| **Trisha L. Pelinsky** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 180 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/11/23 at 11:00 AM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

      *AND NOW,* this ***The 26th of October, 2022***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 180 by the Chapter 13 Trustee,

      It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

      (1)  ***On or before December 12, 2022***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***January 11, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 12-10807-GLT |
| Geoffrey I. Pelinsky | Chapter 13 |
| Trisha L. Pelinsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Geoffrey I. Pelinsky, Trisha L. Pelinsky, 1354 Prendergast Drive, Harborcreek, PA 16421-1111 |
| sp | + | Andrew Feldman, Flint Law Firm, LLC, P.O. Box 189, 222 E. Park St., Edwardsville, IL 62025-1711 |
| cr | + | Wells Fargo Bank, N.A., Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 13402713 | | Anthony A. Logue, Esq., 2618 Parade Street, Erie, PA 16504-2810 |
| 13402715 | | Attn: Account Services, MetaBank/Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 13402712 | + | Attn: Andrew F. Gornall, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13391967 | + | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13402731 | | Attn: Bankruptcy Department, Verizon, 3900 Washington Street, Wilmington, DE 19802-2126 |
| 13391981 | | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5246, Carol Stream, IL 60197-5246 |
| 13402708 | + | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 13402688 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 85167, Richmond, VA 23285-5167 |
| 13402702 | + | Attn: Bankruptcy Dept., GECRB/JCPenney, P.O. Box 103104, Roswell, GA 30076-9104 |
| 13402701 | + | Attn: Bankruptcy Dept., GECRB/Dick's Sporting Goods, P.O. Box 103106, Roswell, GA 30076-9106 |
| 13391971 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13391969 | | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391984 | | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391985 | + | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13391968 | | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13512049 | + | Bank of America, N.A., c/of KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13511213 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13391974 | | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13391970 | | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402693 | | Columbus Bank and Trust, Company/Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 13391975 | | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13391976 | | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13391966 | + | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13391977 | + | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402698 | + | Erie County Domestic Relations, Erie County Courthouse, 140 W. Sixth Street, Room 6H, Erie, PA 16501-1032 |
| 13391980 | + | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13402706 | + | Harborcreek Township, 5601 Buffalo Road, Harborcreek, PA 16421-1698 |
| 13391986 | | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13402696 | + | Nicole A. Dietz, 509 Pelham Road, Erie, PA 16511-2627 |
| 13391988 | + | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402721 | + | ROI Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13391990 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 13402725 | + | Systems and Services, Technologies, Inc., 4315 Pickett Rd., Saint Joseph, MO 64503-1600 |
| 13402728 | + | UniCredit America Inc., 1571 West 38th Street, P.O. Box 3805, Erie, PA 16508-0805 |
| 13391995 | | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |
| 13391996 | + | Wells Fargo Bank, 1250 Montego Way, Walnut Creek, CA 94598-2875 |
| 13402732 | | Wells Fargo Bank, N.A., 13675 Technology Drive, Bldg. C, 2nd Floor, Eden Prairie, MN 55344-2252 |

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 75 |

| | | |
|---|---|---|
| 13395252 | | Wells Fargo Bank, N.A., 13675 Technology Drive, Building C, 2nd Floor, Eden Prairie, MN 55344-2252 |
| 13394338 | | Wells Fargo Bank, N.A., Wells Fargo Auto Finance, Attn: MAC: S4015-01T, PO Box 29706, Phoenix, AZ 85038-9706 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC, 2380 Performance Dr, Richardson, TX 75082-4333 |
| cr | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:46:50 | Midland Funding LLC by American InfoSource LP as a, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:36 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13402684 | + | Email/Text: g20956@att.com | Oct 26 2022 23:49:00 | AT&T/Cingular, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 13423561 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:47:11 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13414141 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:47:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13437235 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2022 23:49:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13391972 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2022 23:49:00 | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13427292 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 26 2022 23:49:00 | Cigpf I Corp, C/O Nco Financial Systems, Inc., Po Box 4941, Trenton, NJ 08650-4941 |
| 13402691 | + | Email/Text: mediamanagers@clientservices.com | Oct 26 2022 23:48:00 | Client Services, Inc., 3451 Harry Truman Blvd., St. Charles, MO 63301-9816 |
| 13445060 | + | Email/Text: kslater@eriefcu.org | Oct 26 2022 23:48:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 13391978 | | Email/Text: kslater@eriefcu.org | Oct 26 2022 23:48:00 | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13391979 | + | Email/Text: collections@widgetfinancial.com | Oct 26 2022 23:49:00 | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13437992 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 23:49:00 | Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13391983 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 23:49:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13391973 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 23:47:30 | Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13844016 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:37 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13450625 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2022 23:46:21 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13394942 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 13620244 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:46:50 | Midland Funding LLC, by American InfoSource LP as agent, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457 |

Case 12-10807-GLT   Doc 185   Filed 10/28/22   Entered 10/29/22 00:27:56   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 75 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13513584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:36 | Portfolio Recovery Associates LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 13513264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13391989 | | Email/Text: bk@revenuegroup.com | Oct 26 2022 23:49:00 | Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13409601 | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:35 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13991623 | + | Email/Text: bkteam@selenefinance.com | Oct 26 2022 23:48:00 | SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, STE 500, DALLAS, TX 75019-6295 |
| 13391992 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:47:30 | Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402703 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:06 | Synchrony Bank/Lowe's, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13402704 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:35 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13391993 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Oct 26 2022 23:49:00 | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13391994 | | Email/Text: rhonda@wecollectmore.com | Oct 26 2022 23:48:00 | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402729 | | Email/Text: EDBKNotices@ecmc.org | Oct 26 2022 23:48:00 | U.S. Department of Education, Direct Loan Servicing Center, P.O. Box 5609, Greenville, TX 75403-5609 |
| 13416034 | ^ | MEBN | Oct 26 2022 23:43:53 | U.S. Department of HUD, c/o Novad Management Consulting, Shepherd's Mall, 2401 N.W. 23rd Street, Suite 1A, Oklahoma City OK 73107-2423 |
| 13506148 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 23:48:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 13402683 | *+ | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13402686 | * | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402711 | * | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402685 | * | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13402714 | *+ | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13402689 | *+ | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13402692 | * | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13402687 | * | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402694 | * | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13402695 | * | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13402682 | *+ | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13402697 | *+- | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402699 | * | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13402700 | *+ | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13402705 | *+ | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13402709 | * | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 75 |

| | | |
|---|---|---|
| 13474622 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13402710 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13402690 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13402716 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 13402717 | * | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13402718 | *+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |
| 13402719 | *+ | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402720 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13402724 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402722 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 13402723 | * | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |
| 13402726 | *+ | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13402727 | * | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402730 | * | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |
| 13402707 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Suite 166, Philadelphia, PA 19109-1003 |
| 13391982 | ## | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |
| 13391987 | ##+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |
| 13391991 | ## | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |

TOTAL: 0 Undeliverable, 32 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew F Gornall | on behalf of Creditor Selene Finance LP agornall@gornall-law.com |
| Andrew F Gornall | on behalf of Creditor BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@gornall-law.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank N.A. brett@solomon-legal.com |
| Charles Griffin Wohlrab | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Selene Finance LP dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |
| James Warmbrodt | on behalf of Creditor Selene Finance LP bkgroup@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com |

District/off: 0315-1 | User: auto | Page 5 of 5
Date Rcvd: Oct 26, 2022 | Form ID: 604 | Total Noticed: 75

LeeAne O. Huggins
    on behalf of Creditor Selene Finance LP pabk@logs.com

Michael J. Graml
    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com  mjgraml@verizon.net

Michael J. Graml
    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com  mjgraml@verizon.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 12