**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GEOFFREY I. PELINSKY<br>TRISHA L. PELINSKY<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>  Movant<br>  vs.<br>No Respondents. | Case No.:12-10807 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


October 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2012 and confirmed on 8/22/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,784.44 |
| Less Refunds to Debtor | 972.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,811.84 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 2,311.26 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,011.26 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SELENE FINANCE LP | 0.00 | 40,966.90 | 0.00 | 40,966.90 |
|     Acct: 6543 | | | | |
|   SELENE FINANCE LP | 10,778.52 | 10,778.52 | 0.00 | 10,778.52 |
|     Acct: 6543 | | | | |
|   HARBORCREEK TWP | 146.99 | 146.99 | 43.43 | 190.42 |
|     Acct: 1354 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6054 | | | | |
|   US DEPARTMENT OF HUD++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8727 | | | | |
| | | | | 51,935.84 |
| **Priority** | | | | |
|   MICHAEL J GRAML ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEOFFREY I. PELINSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEOFFREY I. PELINSKY | 972.60 | 972.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE DIETZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4338 | | | | |
|   AT & T INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8010 | | | | |
|   COLUMBIA HOUSE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9499 | | | | |
|   CAPITAL ONE BANK NA** | 1,950.24 | 356.45 | 0.00 | 356.45 |
|     Acct: 9705 | | | | |
|   CAPITAL ONE BANK NA** | 1,609.95 | 294.25 | 0.00 | 294.25 |
|     Acct: 0067 | | | | |
|   MIDLAND FUNDING LLC | 1,558.17 | 284.79 | 0.00 | 284.79 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2013 | | | | |
| | CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8026 | | | | |
| | CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX8699 | | | | |
| | CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4658 | | | | |
| | CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7315 | | | | |
| | CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3931 | | | | |
| | CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4125 | | | | |
| | CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8062 | | | | |
| | CIGPF I CORP++ | 992.88 | 181.47 | 0.00 | 181.47 |
| | Acct: 7698 | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 442.55 | 80.88 | 0.00 | 80.88 |
| | Acct: 1623 | | | | |
| | ERIE GENERAL ELEC FCU (EGEFCU)** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | AMERICAN INFOSOURCE LP O/B/O MIDLA | 3,275.63 | 598.69 | 0.00 | 598.69 |
| | Acct: 1202 | | | | |
| | GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | MIDLAND FUNDING LLC | 1,287.29 | 235.28 | 0.00 | 235.28 |
| | Acct: 4928 | | | | |
| | AMERICAN INFOSOURCE LP O/B/O MIDLA | 980.85 | 179.27 | 0.00 | 179.27 |
| | Acct: 5118 | | | | |
| | MIDLAND FUNDING LLC | 833.49 | 152.34 | 0.00 | 152.34 |
| | Acct: 0346 | | | | |
| | HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4291 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 1,799.24 | 328.85 | 0.00 | 328.85 |
| | Acct: 1293 | | | | |
| | IADELUCA CHIROPRACTIC CENTER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X2129 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,532.34 | 280.07 | 0.00 | 280.07 |
| | Acct: 4485 | | | | |
| | MERRICK BANK | 1,266.37 | 231.45 | 0.00 | 231.45 |
| | Acct: 2177 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 177.95 | 32.52 | 0.00 | 32.52 |
| | Acct: 4044 | | | | |
| | ORTHOPEDIC SURGEONS, INC.++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX7895 | | | | |
| | PENELEC/FIRST ENERGY** | 2,368.02 | 432.80 | 0.00 | 432.80 |
| | Acct: 4331 | | | | |
| | ROI SERVICES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0011 | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX1773 | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX7890 | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9815 | | | | |
| | ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9815 | | | | |
| | ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9942 | | | | |
| | ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 4997 | | | | |
|   ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1130 | | | | |
|   ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX3593 | | | | |
|   ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7451 | | | | |
|   ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5650 | | | | |
|   ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4914 | | | | |
|   ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9864 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 542.27 | 99.11 | 0.00 | 99.11 |
|     Acct: 6054 | | | | |
|   TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4762 | | | | |
|   US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4086 | | | | |
|   US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3986 | | | | |
|   UNICREDIT AMERICA INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX2010 | | | | |
|   VANTAGE HOME MEDICAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 422A | | | | |
|   VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7996 | | | | |
|   VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9286 | | | | |
|   VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1938 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4342 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 350.00 | 63.97 | 0.00 | 63.97 |
|     Acct: 6810 | | | | |
|   MIDLAND FUNDING LLC BY AMERICAN IN | 178.07 | 32.55 | 0.00 | 32.55 |
|     Acct: 1557 | | | | |
|   HARBORCREEK TWP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1354 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HLADIK ONORATO & FEDERMAN LLP (FOI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4485 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1347 | | | | |
| | | | | 3,864.74 |

TOTAL PAID TO CREDITORS                                                                 55,800.58

```
TOTAL CLAIMED
   PRIORITY           0.00
   SECURED       10,925.51
   UNSECURED     21,145.31
```

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GEOFFREY I. PELINSKY
TRISHA L. PELINSKY
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:12-10807 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 12-10807-GLT |
| Geoffrey I. Pelinsky | Chapter 13 |
| Trisha L. Pelinsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Geoffrey I. Pelinsky, Trisha L. Pelinsky, 1354 Prendergast Drive, Harborcreek, PA 16421-1111 |
| sp | + | Andrew Feldman, Flint Law Firm, LLC, P.O. Box 189, 222 E. Park St., Edwardsville, IL 62025-1711 |
| cr | + | Wells Fargo Bank, N.A., Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 13402713 | | Anthony A. Logue, Esq., 2618 Parade Street, Erie, PA 16504-2810 |
| 13402715 | | Attn: Account Services, MetaBank/Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 13402712 | + | Attn: Andrew F. Gornall, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13391967 | + | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13402731 | + | Attn: Bankruptcy Department, Verizon, 3900 Washington Street, Wilmington, DE 19802-2126 |
| 13391981 | | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5246, Carol Stream, IL 60197-5246 |
| 13402708 | + | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 13402688 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 85167, Richmond, VA 23285-5167 |
| 13402702 | + | Attn: Bankruptcy Dept., GECRB/JCPenney, P.O. Box 103104, Roswell, GA 30076-9104 |
| 13402701 | + | Attn: Bankruptcy Dept., GECRB/Dick's Sporting Goods, P.O. Box 103106, Roswell, GA 30076-9106 |
| 13391971 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13391969 | | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391984 | | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391985 | + | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13391968 | | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13512049 | + | Bank of America, N.A., c/of KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13511213 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13391974 | | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13391970 | | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402693 | | Columbus Bank and Trust, Company/Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 13391975 | | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13391976 | | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13391966 | + | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13391977 | + | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402698 | + | Erie County Domestic Relations, Erie County Courthouse, 140 W. Sixth Street, Room 6H, Erie, PA 16501-1032 |
| 13391980 | + | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13402706 | + | Harborcreek Township, 5601 Buffalo Road, Harborcreek, PA 16421-1698 |
| 13391986 | | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13402696 | + | Nicole A. Dietz, 509 Pelham Road, Erie, PA 16511-2627 |
| 13391988 | + | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402721 | + | ROI Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13391990 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 13402725 | + | Systems and Services, Technologies, Inc., 4315 Pickett Rd., Saint Joseph, MO 64503-1600 |
| 13402728 | + | UniCredit America Inc., 1571 West 38th Street, P.O. Box 3805, Erie, PA 16508-0805 |
| 13391995 | | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |
| 13391996 | + | Wells Fargo Bank, 1250 Montego Way, Walnut Creek, CA 94598-2875 |
| 13402732 | | Wells Fargo Bank, N.A., 13675 Technology Drive, Bldg. C, 2nd Floor, Eden Prairie, MN 55344-2252 |

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 75 |

| | | |
|---|---|---|
| 13395252 | | Wells Fargo Bank, N.A., 13675 Technology Drive, Building C, 2nd Floor, Eden Prairie, MN 55344-2252 |
| 13394338 | | Wells Fargo Bank, N.A., Wells Fargo Auto Finance, Attn: MAC: S4015-01T, PO Box 29706, Phoenix, AZ 85038-9706 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC, 2380 Performance Dr, Richardson, TX 75082-4333 |
| cr | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:46:51 | Midland Funding LLC by American InfoSource LP as a, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457 |
| cr | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:58:25 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13402684 | + Email/Text: g20956@att.com | Oct 26 2022 23:49:00 | AT&T/Cingular, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 13423561 | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:47:37 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13414141 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:47:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13437235 | + Email/Text: bankruptcy@cavps.com | Oct 26 2022 23:49:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13391972 | + Email/Text: bankruptcy@cavps.com | Oct 26 2022 23:49:00 | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13427292 | + Email/Text: bankruptcydepartment@tsico.com | Oct 26 2022 23:49:00 | Cigpf I Corp, C/O Nco Financial Systems, Inc., Po Box 4941, Trenton, NJ 08650-4941 |
| 13402691 | + Email/Text: mediamanagers@clientservices.com | Oct 26 2022 23:48:00 | Client Services, Inc., 3451 Harry Truman Blvd., St. Charles, MO 63301-9816 |
| 13445060 | + Email/Text: kslater@eriefcu.org | Oct 26 2022 23:48:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 13391978 | Email/Text: kslater@eriefcu.org | Oct 26 2022 23:48:00 | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13391979 | + Email/Text: collections@widgetfinancial.com | Oct 26 2022 23:49:00 | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13437992 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 23:49:00 | Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13391983 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 23:49:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13391973 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 23:47:30 | Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13844016 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:58:25 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13450625 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2022 23:47:28 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13394942 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 13620244 | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:46:51 | Midland Funding LLC, by American InfoSource LP as agent, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457 |

Case 12-10807-GLT   Doc 186   Filed 10/28/22   Entered 10/29/22 00:27:56   Desc
Imaged Certificate of Notice   Page 9 of 11

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 75 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13513584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2022 23:47:10 | | Portfolio Recovery Associates LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 13513264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2022 23:47:10 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13391989 | | Email/Text: bk@revenuegroup.com Oct 26 2022 23:49:00 | | Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13409601 | | Email/PDF: rmscedi@recoverycorp.com Oct 26 2022 23:47:37 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13991623 | + | Email/Text: bkteam@selenefinance.com Oct 26 2022 23:48:00 | | SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, STE 500, DALLAS, TX 75019-6295 |
| 13391992 | | Email/PDF: cbp@onemainfinancial.com Oct 26 2022 23:47:04 | | Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402703 | | Email/PDF: gecsedi@recoverycorp.com Oct 26 2022 23:47:31 | | Synchrony Bank/Lowe's, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13402704 | | Email/PDF: gecsedi@recoverycorp.com Oct 26 2022 23:47:32 | | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13391993 | + | Email/Text: DL-ICOMSBankruptcy@charter.com Oct 26 2022 23:49:00 | | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13391994 | | Email/Text: rhonda@wecollectmore.com Oct 26 2022 23:48:00 | | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402729 | | Email/Text: EDBKNotices@ecmc.org Oct 26 2022 23:48:00 | | U.S. Department of Education, Direct Loan Servicing Center, P.O. Box 5609, Greenville, TX 75403-5609 |
| 13416034 | ^ | MEBN Oct 26 2022 23:43:54 | | U.S. Department of HUD, c/o Novad Management Consulting, Shepherd's Mall, 2401 N.W. 23rd Street, Suite 1A, Oklahoma City OK 73107-2423 |
| 13506148 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 26 2022 23:48:00 | | VERIZON WIRELESS, ATTN: BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 13402683 | *+ | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13402686 | * | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402711 | * | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402685 | * | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13402714 | *+ | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13402689 | *+ | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13402692 | * | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13402687 | * | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402694 | * | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13402695 | * | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13402682 | *+ | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13402697 | *+ | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402699 | * | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13402700 | *+ | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13402705 | *+ | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13402709 | * | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |

| | | |
|---|---|---|
| 13474622 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13402710 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13402690 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13402716 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 13402717 | * | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13402718 | *+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |
| 13402719 | *+ | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402720 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13402724 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402722 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 13402723 | * | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |
| 13402726 | *+ | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13402727 | * | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402730 | * | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |
| 13402707 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Suite 166, Philadelphia, PA 19109-1003 |
| 13391982 | ## | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |
| 13391987 | ##+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |
| 13391991 | ## | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |

TOTAL: 0 Undeliverable, 32 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

**Name** — **Email Address**

Andrew F Gornall
on behalf of Creditor Selene Finance LP agornall@gornall-law.com

Andrew F Gornall
on behalf of Creditor BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@gornall-law.com

Brett A. Solomon
on behalf of Creditor Wells Fargo Bank N.A. brett@solomon-legal.com

Charles Griffin Wohlrab
on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

Danielle Boyle-Ebersole
on behalf of Creditor Selene Finance LP dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com

James Warmbrodt
on behalf of Creditor Selene Finance LP bkgroup@kmllawgroup.com

Kevin Scott Frankel
on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com

District/off: 0315-1 User: auto Page 5 of 5
Date Rcvd: Oct 26, 2022 Form ID: pdf900 Total Noticed: 75

LeeAne O. Huggins
      on behalf of Creditor Selene Finance LP pabk@logs.com

Michael J. Graml
      on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net

Michael J. Graml
      on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com mjgraml@verizon.net

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

TOTAL: 12