FILED
12/13/22 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GEOFFREY I. PELINSKY
TRISHA L. PELINSKY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-10807 TPA

Chapter 13

Related to Docket No. 180

ORDER OF COURT

AND NOW, this _ 13th Day of December, 2022 _, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 12-10807-GLT |
| Geoffrey I. Pelinsky | Chapter 13 |
| Trisha L. Pelinsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Geoffrey I. Pelinsky, Trisha L. Pelinsky, 1354 Prendergast Drive, Harborcreek, PA 16421-1111 |
| sp | + | Andrew Feldman, Flint Law Firm, LLC, P.O. Box 189, 222 E. Park St., Edwardsville, IL 62025-1711 |
| cr | + | Wells Fargo Bank, N.A., Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 13402713 | | Anthony A. Logue, Esq., 2618 Parade Street, Erie, PA 16504-2810 |
| 13402715 | | Attn: Account Services, MetaBank/Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 13402712 | + | Attn: Andrew F. Gornall, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13391967 | + | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13402708 | | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 13391981 | | Attn: Bankruptcy Department, HSBC Card Services, P.O. Box 5246, Carol Stream, IL 60197-5246 |
| 13402731 | + | Attn: Bankruptcy Department, Verizon, 3900 Washington Street, Wilmington, DE 19802-2126 |
| 13402688 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 85167, Richmond, VA 23285-5167 |
| 13402701 | + | Attn: Bankruptcy Dept., GECRB/Dick's Sporting Goods, P.O. Box 103106, Roswell, GA 30076-9106 |
| 13391971 | | Attn: Bankruptcy Dept., Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13402702 | + | Attn: Bankruptcy Dept., GECRB/JCPenney, P.O. Box 103104, Roswell, GA 30076-9104 |
| 13391969 | | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391984 | | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13391968 | | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13391985 | + | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13511213 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13512049 | + | Bank of America, N.A., c/of KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13391974 | | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13391970 | | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402693 | | Columbus Bank and Trust, Company/Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 13391975 | | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13391976 | | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13391966 | + | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13391977 | + | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402698 | + | Erie County Domestic Relations, Erie County Courthouse, 140 W. Sixth Street, Room 6H, Erie, PA 16501-1032 |
| 13391980 | + | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13402706 | + | Harborcreek Township, 5601 Buffalo Road, Harborcreek, PA 16421-1698 |
| 13391986 | | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13402696 | + | Nicole A. Dietz, 509 Pelham Road, Erie, PA 16511-2627 |
| 13391988 | + | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402721 | + | ROI Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13391990 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 13391991 | | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |
| 13402725 | + | Systems and Services, Technologies, Inc., 4315 Pickett Rd., Saint Joseph, MO 64503-1600 |
| 13402728 | + | UniCredit America Inc., 1571 West 38th Street, P.O. Box 3805, Erie, PA 16508-0805 |
| 13391995 | | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |
| 13391996 | + | Wells Fargo Bank, 1250 Montego Way, Walnut Creek, CA 94598-2875 |

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 76 |

| | |
|---|---|
| 13402732 | Wells Fargo Bank, N.A., 13675 Technology Drive, Bldg. C, 2nd Floor, Eden Prairie, MN 55344-2252 |
| 13395252 | Wells Fargo Bank, N.A., 13675 Technology Drive, Building C, 2nd Floor, Eden Prairie, MN 55344-2252 |
| 13394338 | Wells Fargo Bank, N.A., Wells Fargo Auto Finance, Attn: MAC: S4015-01T, PO Box 29706, Phoenix, AZ 85038-9706 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC, 2380 Performance Dr, Richardson, TX 75082-4333 |
| cr | | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 00:02:08 | Midland Funding LLC by American InfoSource LP as a, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 00:01:49 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13402684 | + | Email/Text: g20956@att.com | Dec 13 2022 23:49:00 | AT&T/Cingular, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 13423561 | | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 00:01:54 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13414141 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:01:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13437235 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2022 23:48:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13391972 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2022 23:48:00 | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13427292 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 13 2022 23:49:00 | Cigpf I Corp, C/O Nco Financial Systems, Inc., Po Box 4941, Trenton, NJ 08650-4941 |
| 13402691 | + | Email/Text: mediamanagers@clientservices.com | Dec 13 2022 23:48:00 | Client Services, Inc., 3451 Harry Truman Blvd., St. Charles, MO 63301-9816 |
| 13445060 | + | Email/Text: kslater@eriefcu.org | Dec 13 2022 23:48:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 13391978 | | Email/Text: kslater@eriefcu.org | Dec 13 2022 23:48:00 | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13391979 | + | Email/Text: collections@widgetfinancial.com | Dec 13 2022 23:48:00 | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13437992 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2022 23:48:00 | Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13391983 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2022 23:48:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13391973 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:03 | Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13844016 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:01:49 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13450625 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2022 00:02:14 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13394942 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2022 23:48:00 | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 13620244 | | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 00:01:49 | Midland Funding LLC, by American InfoSource LP as agent, Attn: Department 1, PO Box 4457, |

Case 12-10807-GLT   Doc 188   Filed 12/15/22   Entered 12/16/22 00:25:13   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Houston, TX 77210-4457 |
| 13513584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2022 00:01:51 | | Portfolio Recovery Associates LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 13513264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2022 00:02:04 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13391989 | | Email/Text: bk@revenuegroup.com Dec 13 2022 23:49:00 | | Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13409601 | | Email/PDF: rmscedi@recoverycorp.com Dec 14 2022 00:02:05 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13991623 | + | Email/Text: bkteam@selenefinance.com Dec 13 2022 23:48:00 | | SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, STE 500, DALLAS, TX 75019-6295 |
| 13391992 | | Email/PDF: cbp@onemainfinancial.com Dec 14 2022 00:02:04 | | Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402703 | | Email/PDF: gecsedi@recoverycorp.com Dec 14 2022 00:02:04 | | Synchrony Bank/Lowe's, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13402704 | | Email/PDF: gecsedi@recoverycorp.com Dec 14 2022 00:01:47 | | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 13391993 | + | Email/Text: DL-ICOMSBankruptcy@charter.com Dec 13 2022 23:49:00 | | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13391994 | | Email/Text: rhonda@wecollectmore.com Dec 13 2022 23:48:00 | | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402729 | | Email/Text: EDBKNotices@ecmc.org Dec 13 2022 23:48:00 | | U.S. Department of Education, Direct Loan Servicing Center, P.O. Box 5609, Greenville, TX 75403-5609 |
| 13416034 | ^ | MEBN Dec 13 2022 23:45:44 | | U.S. Department of HUD, c/o Novad Management Consulting, Shepherd's Mall, 2401 N.W. 23rd Street, Suite 1A, Oklahoma City OK 73107-2423 |
| 13506148 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 13 2022 23:48:00 | | VERIZON WIRELESS, ATTN: BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 13402683 | *+ | Attn: Bankruptcy Administrator, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13402686 | * | Attn: Card Services, Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402711 | * | Attn: Card Services, Juniper, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13402685 | * | Attn: Customer Service, Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13402714 | *+ | Attn: Customer Service, Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13402689 | *+ | Cavalry SPV I, LLC, P.O. Box 1030, Hawthorne, NY 10532-7509 |
| 13402692 | * | Clinical Associates in, Radiology, P.C., P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 13402687 | * | Columbia House, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13402694 | * | Credit Protection Association, 13355 Noel Road, One Galleria, 21st Floor, Dallas, TX 75240 |
| 13402695 | * | Creditech, Inc., P.O. Box 99, Bangor, PA 18013-0099 |
| 13402682 | *+ | Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 13402697 | *+ | Equable Ascent Financial, LLC, 1120 W. Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 13402699 | * | Erie Federal Credit Union, 1959 East 36th Street, Erie, PA 16510-2663 |
| 13402700 | *+ | Erie General Electric Federal, Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 13402705 | *+ | Gordon & Weinberg, P.C., 1001 E. Hector Street, Suite 220, Conshohocken, PA 19428-2395 |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 76 |

| | | |
|---|---|---|
| 13402709 | * | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |
| 13474622 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 13402710 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13402690 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13402716 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 13402717 | * | National Credit Solutions, 3680 E. 1-240 Service Road, Oklahoma City, OK 73135 |
| 13402718 | *+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |
| 13402719 | *+ | Pennsylvania Electric Company, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 13402720 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 3700 Park East Blvd., Suite 240, Beachwood, OH 44122 |
| 13402724 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731 |
| 13402722 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 13402723 | * | Saint Vincent Institute, 3530 Peach Street, Lower Level 1, Erie, PA 16508-2768 |
| 13402726 | *+ | Time Warner Cable, 530 S. Main Street, Suite 1751, Akron, OH 44311-1066 |
| 13402727 | * | Tri-State Adjustments, Inc., P.O. Box 3219, La Crosse WI 54602-3219 |
| 13402730 | * | Vantage Home Medical Equipment &, Services, 2741 West 21st Street, Erie, PA 16506-2962 |
| 13402707 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Suite 166, Philadelphia, PA 19109-1003 |
| 13391982 | ## | Iadeluca Chiropractic Center, 1334 West 26th Street, Erie, PA 16508-1402 |
| 13391987 | ##+ | Orthopaedic Surgeons, Inc., 204 West 26th Street, Erie, PA 16508-1898 |

TOTAL: 0 Undeliverable, 32 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Selene Finance LP agornall@gornall-law.com |
| Andrew F Gornall | on behalf of Creditor BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP agornall@gornall-law.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank N.A. brett@solomon-legal.com |
| Charles Griffin Wohlrab | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Selene Finance LP dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |
| James Warmbrodt | on behalf of Creditor Selene Finance LP bkgroup@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 76 |

LeeAne O. Huggins
    on behalf of Creditor Selene Finance LP pabk@logs.com

Michael J. Graml
    on behalf of Debtor Geoffrey I. Pelinsky mattorney@neo.rr.com   mjgraml@verizon.net

Michael J. Graml
    on behalf of Joint Debtor Trisha L. Pelinsky mattorney@neo.rr.com   mjgraml@verizon.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12